IN THE CIRCUIT COURT
OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| LEE HARTWELL ) | |
| ) | |
| Plaintiff-Petitioner ) | |
| ) | Case No. 06-1173 |
| ) | |
| VS. ) | |
| ) | |
| ) | |
| THE CITY OF MONTGOMERY, ) | |
| ALABAMA, and the PERSONNEL ) | |
| BOARD OF THE CITY AND ) | |
| COUNTY OF MONTGOMERY, ) | |
| ALABAMA, ) | |
| ) | |
| Defendants-Respondents. ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Melissa A. Rittenour
      Circuit Clerk
      251 S. Lawrence Street
      Montgomery, AL 36104

      J. Bernard Brannan, Esq.
      Post Office Box 307
      Montgomery, AL 36101

Please take notice that Defendant City of Montgomery has on this date filed a Notice of Removal, a true and correct copy of which is attached hereto, in the office of the clerk of the United States District Court for the Middle District of Alabama, Northern Division, at Montgomery, Alabama.

Respectfully submitted, this the 9th day of June, 2006.

/s/ Wallace D. Mills
Wallace D. Mills (MIL090)
Assistant City Attorney

EXHIBIT B

OF COUNSEL:
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
(334) 241-2310 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed as follows on this the 9th day of June, 2006.

    J. Bernard Brannan, Esq.
    Post Office Box 307
    Montgomery, AL 36101

_____
Of Counsel