IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

RECEIVED
2006 OCT -5  4:30

| | |
|---|---|
| LEE HARTWELL, ) | Case No.: 2:06-CV-518 |
| Plaintiff, ) | **REPORT OF PARTIES PLANNING MEETING** |
| vs. ) | |
| THE CITY OF MONTGOMERY and THE PERSONNEL BOARD FOR THE CITY AND COUNTY OF MONTGOMERY, ) | |
| Defendants. ) | |

1. Pursuant to Fed.R.Civ.P. 26(f), the following attorneys on behalf of the parties conferred to develop a proposed discovery plan in the above styled cause.

   James Bernard Brannan, Jr. for the Plaintiff.

   Wallace Mills for the Defendant.

2. Pre-Discovery Disclosures: The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty-one (21) days of the court's Scheduling Conference Order.

3. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

   a. Discovery will be needed from allegations in Plaintiff's complaint on questions of liability, affirmative defenses, and Plaintiff's damages claim.

   b. All discovery commenced in time to be complete one week prior to the pretrial conference.

    c.    Maximum of 30 interrogatories by each party. [Responses due 30 days after service.]

    d.    Maximum of 30 requests for admissions by each party to any other party. [Responses due 30 days after service.]

    e.    Maximum of 30 requests for production by each party to any other party. [Responses due 30 days after service.]

    f.    Maximum of 10 depositions by each party for each party directed toward any other party with a maximum of 7 hours per deposition, unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) due from Plaintiff by February 9, 2007, and from Defendant by February 16, 2007.

    h.    Supplementation under Rule 26(e) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties in the discovery process or in writing.

4. Other items.

    a.    The parties do not request a conference with the Court before entry of the Scheduling Order.

    b.    The parties request a pretrial conference on April 16, 2007.

    c.    Plaintiff should be allowed until December 11, 2006 to join additional parties and to amend the pleadings.

    d.    Defendants should be allowed until January 15, 2006 to join additional parties and to amend the pleadings.

 e. All potentially dispositive motions should be filed by January 19, 2007.

 f. Settlement and the possibility of mediation cannot be evaluated prior to discovery.

 g. Final lists of witnesses under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

 h. Final lists of exhibits under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

 i. Parties should have 14 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

 j. The case should be ready for trial by May 14, 2007 and is expected to take two days.

/s/ James Bernard Brannan, Jr.
James Bernard Brannan, Jr.
Attorney for Plaintiff

OF COUNSEL:
J. Bernard Brannan, Esq.
Post Office Box 307
Montgomery, AL 36101
TEL: (334) 264-8118

/s/ Wallace D. Mills
Wallace D. Mills
Attorney for Defendant

OF COUNSEL:
Legal Department
City of Montgomery
P. O. Box 1111
Montgomery, AL 36101-1111
TEL: (334) 241-2050
FAX: (334) 241-2310