IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEE HARTWELL, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>THE CITY OF MONTGOMERY, )<br>ALABAMA, and PERSONNEL )<br>BOARD OF THE CITY AND )<br>COUNTY OF MONTGOMERY, )<br>ALABAMA, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv518-MHT |

ORDER

It is ORDERED that the motion to allow amended complaint (doc. no. 8) is granted. The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 4th day of December, 2006.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE