# United States District Court

MIDDLE **DISTRICT OF** ALABAMA

LEE HARTWELL,
IN HIS INDIVIDUAL CAPACITY,

V.

THE CITY OF MONTGOMERY,
ALABAMA, PERSONNEL
BOARD OF THE CITY AND
COUNTY OF MONTGOMERY,
ALABAMA, and DISTRICT CHIEF
KELLY D. GORDON, IN HIS
INDIVIDUAL CAPACITY,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv518-MHT

TO: (Name and address of defendant)
DISTRICT CHIEF KELLY D. GORDON
CITY OF MONTGOMERY
103 NORTH PERRY STREET
MONTGOMERY, ALABAMA 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. BERNARD BRANNAN, JR.
P O BOX 307
MONTGOMERY, ALABAMA 36101

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

12/5/06
DATE

(BY) DEPUTY CLERK