**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| LEE HARTWELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF MONTGOMERY and THE PERSONNEL BOARD FOR THE CITY AND COUNTY OF MONTGOMERY, and KELLY GORDON<br><br>　　　　Defendants. | Case No.: 2:06-CV-518<br><br>**CITY OF MONTGOMERY'S, KELLY GORDON'S, and MONTGOMERY CITY COUNTY PERSONNEL BOARD'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

　　　　COME NOW the defendant City of Montgomery, Kelly Gordon, and the Montgomery City County Personnel Board, by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Honorable Court to enter summary judgment in their favor based on the facts and grounds set forth in the Brief in Support of the Motion for Summary Judgment, which is filed simultaneously herewith.

　　　　Defendants submit, pursuant to the law, that there are no genuine issues as to any material facts, and that they are entitled to a judgment as a matter of law. Defendants further submit that Plaintiff has failed to present evidence in support of some elements of their case on which they bear the ultimate burden of proof.

　　　　In support of the Motion for Summary Judgment, the defendants submit the following:

　　　　1. Defendant's Answer (Doc. No. 1)

　　　　2. Defendant's Memorandum of Law in Support of Defendants' Motion for Summary Judgment with Exhibits.

      3. The certified record at transcript from the proceedings before the Montgomery City County Personnel Board.

      To the extent allowable by the Court, Defendant reserves the right to supplement this motion.

      Respectfully submitted this 5th day of January, 2007.

      /s/ Wallace D. Mills
      Wallace D. Mills (MIL 090),
      Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

      /s/ Robert D. Segall
      Attorney for Montgomery
      City County Personnel Board

OF COUNSEL:
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
Phone: (334) 834-1180

## CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of December, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

      J. Bernard Brannan, Jr., Esq.
      P.O. Box 307
      Montgomery, AL 36101

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

/s/ Wallace D. Mills
OF COUNSEL