PER.FORM 30a
10/22/02

# EMPLOYEE COMMENDATION RECORD

EMPLOYEE: _____L.M. Hartwell_____     POSITION: _____Sergeant_____

SUPERVISOR: _____E.F. Gamble, Lt._____     DEPT: _____Fire_____

DATE OF COMMENDATION: _____January 23, 2003_____

REASON FOR COMMENDATION: (Description of performance or conduct - give specific facts, background information, dates and times)

> Sergeant Hartwell is a 16½ year veteran with the Montgomery Fire Department assigned to Engine Company 16 for the past 12 months. During this time, Sgt. Hartwell's job performance has exceeded expectations. He has conducted himself professionally around the station.

_____E.F. Gamble, Lieutenant_____
Supervisor

My signature indicates that the above matters were discussed with me on
and that I received a copy of this form.

_____January 23, 2003_____
Date

_____1-23-2003_____
(Month   Day   Year)

_____L.M. Hartwell_____
Employee Signature

ATTACH ADDITIONAL SHEETS AS REQUIRED

Form 10

Submit in Triplicate

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
### RECOMMENDATION FOR PERSONNEL ACTION

Department / Division ___ MONTGOMERY FIRE DEPARTMENT ___    Date __1-31-02__

Name of Employee ___ LEE M. HARTWELL ___    Effective Date __2-01-02__

Social Security # __421 98 4645__    Classification __FF Engineer__    Job Code __8013__

> Item 2 requires the signature of both department heads.
> Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | |
|---|---|---|
| 1. Transfer within department............................................ ( ) | 9. Retirement........................................................................ ( ) |
| 2. Transfer to another department.................................... ( ) | 10. Separation by death.................................................... ( ) |
| 3. Demotion.......................................................................... ( ) | 11. Expiration of Temporary Appointment.................... ( ) |
| 4. Layoff............................................................................... ( ) | 12. Return LWOP.................................................................. ( ) |
| 5. Dismissal.......................................................................... ( ) | 13. Return from Military Leave........................................ ( ) |
| 6. Leave without Pay.......................................................... ( ) | 14. Change of Name............................................................ ( ) |
| 7. Suspension...................................................................... ( ) | 15. Change in Salary........................................................ (XXX) |
| 8. Resignation..................................................................... ( ) | 16. *Job Code*    X |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (Items 1 & 2) | | |
| Classification & Salary (Items 1, 2, 3) | | |
| Dates (Items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | 34.981  1345.42 - 11.6655 hr. | 37,339  1436.12 - 12.4519. |
| Other (Item 16) | 8013 | 8011 |

Funds are available _____*C. [signature]*_____    Date __JAN 25 2002__

Explanation and remarks (Give reason for any action which is not self-explanatory)

*PAY RANGE ADJUSTMENT DUE TO NEW PAYPLAN.*

(Signed)    1. ___*Bobby [signature]*___    Date __? 9__
            Appointing Authority

            2. ___*[signature]*___    Date __1-31-02__
            John W. McKee, Fire Chief

Form 10                                                                    Submit In Triplicate

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
### RECOMMENDATION FOR PERSONNEL ACTION

JUL 25   8 12 AM '00

Department/Division __Fire Department - 6400__          Date __August 4, 2000__

Name of Employee __Lee M. Hartwell__          Effective Date __August 4, 2000__

Social Security # __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__    Classification __Firefighter__    Job Code __8010__

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | | |
|---|---|---|---|
| 1. Transfer within department .......................( ) | | 9. Retirement .......................................( ) |
| 2. Transfer to another department ................( ) | | 10. Separation by death ........................( ) |
| 3. Demotion ...............................................( ) | | 11. Expiration by Temp. Apt. ..................( ) |
| 4. Layoff ...................................................( ) | | 12. Return LWOP ..................................( ) |
| 5. Dismissal .............................................( ) | | 13. Return from Military Lv ....................( ) |
| 6. Leave without Pay ................................( ) | | 14. Change of Name .............................( ) |
| 7. Suspension ..........................................( ) | | 15. Change in Salary .............................XXXXX |
| 8. Resignation ..........................................( ) | | 16. Assignment                          XXXX |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| **Department** (Items 1 & 2) | | |
| **Classification & Salary** (Items 1, 2, 3) | Firefighter (8010) 33,685 | FF Eng (8013) 34,680 |
| **Dates** (Items 6 & 7) | | |
| **Name** (Item 14) | | |
| **Amount** (Item 15) | ✓33,685  Annual 11.2332/hr | ✓34,680  Annual 11.5655/hr |
| **Other** (Item 16) | 6400/8010/247/12 | 6400/8013/257/12 |

If action is Resignation or Layoff, is Reemployment Recommended?  Yes ( )        No ( )  JUL 21 2000

Funds are available _E. Lloyd Faulkner_          Date _____
                              Disbursing Officer

**Explanation and remarks (Give reason for any action which is not self-expanatory)**
Assigned Firefighter Engineer with a one-step increase in annual salary.  To reflect on payroll dated 8-25-00.

(Signed) 1. _[signature]_                          Date __7/24/00__
              Appointing Authority

2. _[signature]_                          Date __7/24/00__
       Fire Chief

3. _Barbara M. Montoya_                   Date JUL 26 2000
       Personnel Director

4. _____                    Date _____

300-419

FORM 100          CITY PAYROLL DEPARTMENT          SUBMIT IN TRIPLICATE WITH FORM 10

**SECTION A**

DEPT./DIV. NUMBER _6400_    EMPLOYEE'S NAME __LEE__  __M.__  __HARTWELL__
                                              First      M.I.      Last

EFFECTIVE DATE __08__ / __04__ / __00__    SOCIAL SECURITY # _421_ / _98_ / _4645_
                Mo.     Da.    Yr.

CURRENT CLASSIFICATION & SALARY ITEMS 1,2,& 3  JOB CODE _8010_  PAY RANGE _247_ STEP _12_

ITEMS 3, 16, ON FORM 10, PROMOTION ON FORM 5)  NEW PAYROLL/DEPT# _6400_ , IF APPLICABLE

NEW JOB CODE _8013_ NEW PAY RANGE _257_ NEW STEP _12_ REVIEW DATE FOR NEXT INCREASE _Top_

ITEM 15 NEW HOURLY RATE: $ _11.565_  PAID: WKLY ( ) BI-WKLY (X) SCHEDULED HRS PER PAY PD.: _B_

IF ACTION INVOLVES A PAY OUT ON PAYROLL, WAS EMPLOYEE ADVANCED WORK TIME ON BI-WKLY 4/15/83 WEEKLY PAYROLL 4/8/83 OR BI-WEEKLY/WEEKLY 1985? YES ( )   NO ( )

IF YES: HOW MANY HOURS WERE ADVANCED: (1983)____.____ HRS.
                                       (1985)____.____ HRS.
                                       Total ____.____ HRS.

AFTER TIME USED ON FINAL TIME SHEET, PAY REMAINING LEAVE BALANCES AS FOLLOWS:

ANNUAL LEAVE HOURS:        ____ . ____

SICK LEAVE HOURS:          ____ . ____   (1/2 Accrued)

COMPENSATORY HOURS:        ____ . ____

PERSONAL LEAVE HOURS:      ____ . ____

TOTAL LEAVE HOURS          ____ . ____    LAST DAY IN PAY STATUS _____  _____  _____
                                                                   Month    Day      Year

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**SECTION B**                              SUBMIT IN TRIPLICATE WITH FORMS 3,5,8, 9 & 40

DEPARTMENT/DIVISION NUMBER_____ VERIFIED SOCIAL SECURITY# ____/____/____

THE FOLLOWING PERSON HAS BEEN APPOINTED: TEMPORARY ( ) PERMANENT ( )

NAME _____ EFFECTIVE DATE _____/_____/_____
        First          M.I.    Last                            Mo.     Da.    Yr.

_____/_____/_____/_____/(____)_____
STREET ADDRESS            CITY              STATE   ZIP    PHONE NUMBER

RACE_____ SEX_____ MARITAL STATUS_____ #DEPENDENTS_____ BIRTHDAY____/____/____
                                                                  Month  Day   Year

HOURLY RATE:$____.____ JOB CODE:_____ PAY RANGE:_____ STEP:____ REVIEW DATE_____

PAID: WKLY( )B/W( )WILL ACCRUE LEAVE: YES( ) NO( )  WILL PAY RETIREMENT: YES ( ) NO( )

SCHEDULED HOURS PER PAY PERIOD:____.____ NON-SCHEDULED, PAID HOURS WORKED ONLY: YES( )NO( )

WAS EMPLOYEE PREVIOUSLY EMPLOYED BY THE CITY OF MONTGOMERY? YES ( ) NO ( )
                                                              PREVIOUS SERVICE DATES:
IF YES:_____/_____WAS PAID:WEEKLY( )B/W( ) _____/_____/_____
          Department      Date Terminated                        MONTHS  DAYS   YEARS
REMARKS:

Revised 10-23-1998

MEMORANDUM

**TO:**   Chief J. W. McKee

**FROM:** Mayor Bobby Bright

**DATE:** July 19, 2000

**RE:** Promotions

With respect to the current promotional openings in the Fire Department, I hereby authorize the following promotions:

|   |   |
|---|---|
| Fire Captain | Dennis Sexton |
| Fire Lieutenant | Jonathan E. King<br>Harold D. Bellinger III |
| Fire Sergeant | Richard Carr<br>L. M. Hartwell |

Thank you.  If you have any questions, please don't hesitate to contact me.



PREPARED  9/01/98, PP585L    MERIT INCREASES BEGINING    9/04/98 ENDING  9/17/98 AND PAYABLE   9/25/98                                    PAGE  25
DEPARTMENT:    64 00
                NAME                        S.S. #    POSITION  CURRENT  CURRENT   OLD    REVIEW   PAY    NEW    NEW     SCH    NEW    ANNUAL
                                                                STEP     RATE     B/W    DATE    GRADE  STEP   RATE    HRS    B/W    SALARY

HARTWELL, LEE M                          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  08010     11    10.4633           9/03/98  247    12   10.7997   C            # 32,385
                                                                                      00/00/00                                       /09

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

                                                APPROVED: ......................
CC: PERSONNEL                                             SIGNATURE OF DEPARTMENT HEAD

     PAYROLL                                    DATE:       2 Sep 98
                                                          ....................

PREPARED 8/28/97, PR585L    MERIT INCREASES BEGINING   9/05/97 ENDING  9/18/97 AND PAYABLE    9/26/97                                    PAGE  30
DEPARTMENT:    64 00
               NAME                    S.S. #   POSITION CURRENT CURRENT  OLD   REVIEW  PAY  NEW   NEW    SCH   NEW    ANNUAL
                                                         STEP   RATE     B/W   DATE    GRADE STEP RATE   HRS   B/W    SALARY

   HARTWELL, LEE M              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 08010    10   9.8784         9/04/98 247  11  10.2298 C            $ 30,676

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

                                         APPROVED:  _____
                                                    SIGNATURE OF DEPARTMENT HEAD
CC: PERSONNEL                            DATE:      3  Sep 97
    PAYROLL

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

Department/Division __Montgomery  Fire Dept__    Date __4/11/97__

Name of Employee __Lee  M  Hartwell__    Effective Date __4/11/97__

Social Security # __421-98- 4645__    Classification __Firefighter__    Job Code __8010__

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | | |
|---|---|---|---|
| 1. Transfer within department ...................................( ) | | 9. Retirement .........................................................( ) |
| 2. Transfer to another department .............................( ) | | 10. Separation by death .........................................( ) |
| 3. Demotion ...............................................................( ) | | 11. Expiration by Temp. Apt. ..................................( ) |
| 4. Layoff ....................................................................( ) | | 12. Return LWOP ....................................................( ) |
| 5. Dismissal ..............................................................( ) | | 13. Return from Military Lv ....................................( ) |
| 6. Leave without Pay ...............................................( ) | | 14. Change of Name ...............................................( ) |
| 7. Suspension ........................................................(XXX ) | | 15. Change in Salary ...............................................( ) |
| 8. Resignation ..........................................................( ) | | 16. |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| **Department** (Items 1 & 2) | | |
| **Classification & Salary** (Items 1, 2, 3) | | |
| **Dates** (Items 6 & 7)    3 Calendar Days | 4/11/97 | 4/13/97 |
| **Name** (Item 14) | | |
| **Amount** (Item 15) | | |
| **Other** (Item 16) | | |

If action is Resignation or Layoff, is Reemployment Recommended?  Yes ( )    No ( )

Funds are available ____Hugh S. Austin____    Date __4-14-97__
Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-expanatory)
 To reflect on payroll dated 4/25/97.

(Signed) 1. _____    Date __APR 14 1997__
Appointing Authority

2. __R.W. Grier__    Date __4/14/97__
R.W. Grier,  Fire Chief

3. _____    Date _____

4. ____Barbara M. Montoya____    Date __APR 16 1997__
Personnel Director

300-419

**MEMORANDUM**

*TO: Proceed (RM)*

**TO:** Mayor Emory Folmar

**FROM:** Fire Chief R. W. Grier *RWG*

**DATE:** April 8, 1997

**RE:** Firefighter L. M. Hartwell
Disciplinary Action

I have reviewed the file on Firefighter L. M. Hartwell and have discussed the charges that have been brought against him. Those present at this hearing were District Chief J. W. McKee; District Chief A. L. Wright; Firefighter Hartwell and myself.

The charges stem from Firefighter Hartwell's actions on March 13th when the police were called to his residence on a disturbance call. When the police arrived, Firefighter Hartwell was in his driveway screaming and acting very irate. Firefighter Hartwell refused to calm down and comply with the officers command. He was then maced by the officer when he slapped the officer's hand for patting him down. He was arrested and charged with harassment.

Due to the seriousness of the rules and regulation violations, I am concurring with Deputy Chief J. L. Fulmer's recommendation that he be suspended without pay for three calendar days.

RWG:fb

cc: Attachments

cc: Mr. Buckalew

PER. FORM 35
Revised 10/93

**Certified Mail**
**Return Receipt Requested**                                    Date __April 10, 1997__

## NOTIFICATION OF SUSPENSION

Firefighter L. M. Hartwell
_____
(Employee's Name)

3548 Malabar Road
_____
(Street Address)

Montgomery, Alabama    36116
_____
(City)           (State)           (Zip)

This is to notify you that as of this date, you are herewith suspended without pay for the period of __three calendar__

__days.__ _____

_____

The reason(s) for this suspension is (are)  *(List all charges – attach additional sheets as required)*:


See Attached Sheet


Previous record considered (*List all actions considered – attach additional sheets as required*):


See Attached Sheets


Suspensions in excess of 30 calendar days in any fiscal year may be appealed to the Personnel Board. Suspensions of 30 calendar days or less may not be appealed to the Personnel Board except as may be otherwise provided in Personnel Rules and Regulations, Rule VIII, Section 12 and Rule VII, Section 12 or 13.

A permanent employee who has received a suspension appealable under Personnel Rules and Regulations may answer these charges within three (3) days from the date of receipt of the notification of suspension by responding in writing to the Appointing Authority and providing a copy to the Personnel Director in Room 224, City Hall.

Within ten (10) days from the time for filing your answer, you may file a written request with the Personnel Director for a hearing before the Personnel Board.

Consult the Montgomery City-County Personnel Board, Room 224, City Hall relative to any other rights you have under the Merit System Law.

R.W. Shiu
_____
Department Head/Appointing Authority


Fire Chief
_____
Title

FIREFIGHTER L. M. HARTWELL:


In violation of the rules and regulations governing the
Montgomery Fire Department:

ARTICLE XI:

Section 1100 - Explanation: The rules of conduct pre-
scribed in this article shall be confined to the official
capacity of members of the Montgomery Fire Department.

> (a) - When the actions or in-actions whether on
> duty or off duty may adversely affect the
> efficiency, discipline, reputation, or morale of
> the department.

Section 1101 - Members shall:

> (G) - Refrain from conduct prejudicial to
> departmental reputation, order, or discipline
> and any member who fails to pay debts incurred
> while in the service of the department shall be
> charged with violation of this section.

> (l) - Conduct themselves in a gentlemanly
> manner.

> (p) - Refrain from immoral conduct, deception,
> violation or evasion of law or official rule,
> regulation or order.

> (t) - Understand, be familiar with and obey the
> rules, regulations and training manuals and
> shall conduct themselves in a manner that will
> not reflect criticism on the department.

Prior record also considered.

MEMORANDUM



TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier *R.W.G*

DATE:   October 25, 1995

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight


This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.


RWG:fb

Attachments

cc: Mr. Buckalew

MEMORANDUM

TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier

DATE:   December 15, 1993

RE:     Firefighter L. M. Hartwell
        Disciplinary Action – Overweight

This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.

RWG:fb

Attachments

cc: Mr. Buckalew



# M E M O R A N D U M

TO:        Chief Wayne Grier
           Montgomery Fire Department

FROM:      James E. Buckalew
           Executive Assistant to the Mayor

DATE:      March 17, 1994

RE:        SUSPENSION OF FIREFIGHTER L. M. HARTWELL


     This office accepts Firefighter Hartwell's waiver to
his right to appear for a hearing.

     The Mayor concurs in your recommendation to suspend
Firefighter L. M. Hartwell for fifteen (15) days for the
reasons stated in your memorandum dated March 15, 1994.
Please prepare the necessary personnel forms and forward
them to this office for approval.

Approved:

Emory Folmar, Mayor


JEB/edm



MEMORANDUM

*TO Proceed*

TO:    Mayor Emory Folmar

FROM:  Fire Chief R. W. Grier *R.W.G.*

DATE:  June 4, 1991

RE:    Firefighter L. M. Hartwell
        Disciplinary Action - Overweight

In November, 1989, Firefighter L. M. Hartwell was given the first step of disciplinary action which was a five day suspension. At that time, he was 1.07 percent over his maximum body fat percentage. Firefighter Hartwell was given a fifteen day suspension for being one pound overweight in August, 1990.

This is the second step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight. The second step is a fifteen day recommendation for suspension. Firefighter Hartwell is currently 2-1/2 pounds overweight.

The third step is a recommendation of termination of employment.

I concur with Deputy Chief J. L. Fulmer that Firefighter Hartwell be suspended for fifteen calendar days without pay and attached is a wavier signed by Firefighter Hartwell not wishing to be present at the hearing with you.

RWG:fb

Attachments

cc: Mr. Buckalew



MEMORANDUM

TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier

DATE:   November 17, 1989

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight

This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.

RWG:fb

Attachments

cc: Mr. Buckalew

# M E M O R A N D U M

TO:      Chief Wayne Grier
             Montgomery Fire Department

FROM:    James E. Buckalew
             Executive Assistant to the Mayor

DATE:    July 9, 1989

RE:      SUSPENSION OF FIREFIGHTER L. M. HARTWELL

    This office accepts Firefighter L. M. Hartwell's' waiver to his right to appear for a hearing.

    The Mayor concurs in your recommendation to suspend Firefighter Hartwell for fifteen (15) calendar days for the reasons stated in your memorandum dated July 6, 1990. Please prepare the necessary personnel forms and forward them to this office for approval.

Approved:

Emory Folmar, Mayor

JEB/edm



MEMORANDUM


TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier *RWG*

DATE:   April 8, 1997

RE:     Firefighter L. M. Hartwell
        Disciplinary Action

I have reviewed the file on Firefighter L. M. Hartwell and
have discussed the charges that have been brought against
him. Those present at this hearing were District Chief J.
W. McKee; District Chief A. L. Wright; Firefighter
Hartwell and myself.

The charges stem from Firefighter Hartwell's actions on
March 13th when the police were called to his residence on
a disturbance call. When the police arrived, Firefighter
Hartwell was in his driveway screaming and acting very
irate. Firefighter Hartwell refused to calm down and
comply with the officers command. He was then maced by
the officer when he slapped the officer's hand for patting
him down. He was arrested and charged with harassment.

Due to the seriousness of the rules and regulation viola-
tions, I am concurring with Deputy Chief J. L. Fulmer's
recommendation that he be suspended without pay for three
calendar days.

RWG:fb

cc: Attachments

cc: Mr. Buckalew

MEMORANDUM

TO:      Chief R. W. Grier

FROM:   Deputy Chief J. L. Fulmer 𝒥.ℒ.𝒻.

DATE:   March 27, 1997

RE:      Disciplinary Action
         Firefighter L. M. Hartwell

Firefighter L. M. Hartwell is being charged with conduct prejudicial to the Montgomery Fire Department's reputation order and discipline.

On March 13, 1997 at approximately 23:20 hours, Unit 316 of the Montgomery Police Department, Officers Vaughn and Lofton were dispatched to 3548 Malabar Rd. on a disturbance call. According to the officers, upon their arrival they observed Firefighter Hartwell standing in the driveway screaming and acting very irate. Firefighter Hartwell refused to calm down or comply with any of the officers verbal commands. Officer Vaughn started a pat down of Firefighter Hartwell for weapons, to ensure everyone's safety when Firefighter Hartwell slapped the officer's hand, and drew back his fist as if to strike the officer. Firefighter Hartwell was then maced by the officer, arrested, taken to the city jail and charged with harassment by Officer Vaughn.

Firefighter Hartwell has been a member of the department for ten years and six months and his job performance at the station and on the fireground has been satisfactory. However, this type of conduct cannot be tolerated by the department. Firefighter Hartwell's action mentioned above places him in violation of several sections of the Montgomery Fire Department Rules and Regulations, therefore I am charging him with the following violations:

ARTICLE XI:

Section 1100 - Explanation: The rules of conduct prescribed in this article shall be confined to the official capacity of members of the Montgomery Fire Department.

> (a) When the actions of in-actions whether on duty or off duty may adversely affect the efficiency, discipline, reputation, or morale of the department.

Section 1101: Members shall:

      (g)   -  Refrain from conduct prejudicial to departmental reputation order or discipline and any member who fails to pay debts incurred while in the service of the department shall be charged with violations of this section.

      (l)   -  Conduct themselves in a gentlemanly manner.

      (p)   -  Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

      (t) -  Understand, be familiar with and obey the rules, regulations and training manuals and shall conduct themselves in a manner that will not reflect criticism on the department.

Due to the seriousness of this incident, I am recommending a suspension of three days without pay.

JLF:cmm

## MONTGOMERY MUNICIPAL COURT
## AFFIDAVIT/COMPLAINT

OFFENSE: *Harassment*                                    DATE: *03/13/97*

DEFENDANT'S NAME: *Lee Marvin Hartwell*

DEFENDANT'S ADDRESS: *3548 Malaber Rd. Mont, AL*    WORK: _____

DEFENDANT'S PERSONAL DATA: RACE: *B* SEX: *M* DOB: *3/27/64*    AGE: *3*

HT: *5'7* WT: *170* HAIR: *BLK* EYES: *Bro* OTHER: _____

DATE AND TIME OF OFFENSE: *03/13/97* TIME: _____ A.M. *2320* (P.

PLACE OF OCCURRENCE: *3548 Maleber Rd Mont, AL*

PERSON OR PROPERTY ATTACKED: *S.C. Vaughn #169*

HOW ATTACKED: *slapped*

DAMAGE DONE OR INJURIES RECEIVED: _____

VALUE OF PROPERTY: _____

DETAILS: (PLEASE BE SPECIFIC)

*On the listed date and time we responded to the listed loca*
*on a disturbance call. Upon arrival the subject was stan*
*in the driveway screaming and being very irate. The defen*
*refused to comply with anything either this officer or*
*my partner told him to do. I told the defendant secur*

(CONTINUE ON BACK IF NECESSARY)

I make this affidavit for the purpose of securing a warrant against the said
defendant. I understand that I am instituting a criminal proceeding and cannot
drop the charges. I further understand that if any of the foregoing facts are
untrue. I may, in addition to the other punishment provided by law be taxed
with court costs in this proceeding.

COMPLAINANT'S NAME: *S.C. Vaughn #169*

COMPLAINANT'S HOME ADDRESS: _____

COMPLAINANT'S WORK ADDRESS: *320 N. Ripley St.*

COMPLAINANT'S PHONE NO. (Home) _____ (Work) _____ (Other) _____

WITNESS(ES): *M.S. Lofton #441*
             Name & Address
_____

_____

                                    *S.C. Vaughn #169*
                                    COMPLAINANT'S SIGNATURE

Sworn to and subscribed before me this *14th* day of *March* , 19 *97*

                                    *VCBeeman*
                                    MAGISTRATE
                                    MONTGOMERY MUNICIPAL COURT

DEFENDANT IN CUSTODY: YES *✓* NO _____

(Details continued):

times very calmly to calm down. I told the defendant
I was going to put him down for weapons for our
safety and his. The defendant turned and slapped
this officer's hand. I backed up two steps and drew
my mace. The defendant turned toward me in an
aggressive manner and clenched and drew his right fist
back. The defendant was then maced by this officer
and taken into custody. The defendant was transported
to headquarters, decontaminated and placed in the
city jail.

**ALABAMA UNIFORM ARREST REPORT**

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| | Fingerprinted ☐ Yes ☑ No | Photo Completed ☑ Yes ☐ No |

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Dept. | 7942 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hartwell Lee Marvin | | | | | | | |

| 6 ALIAS AKA |
|---|
| |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| M | W | 5'7 | 170 | Brn | Blk | Med. | ☐ SCARS ☑ MARKS ☐ TATOOS ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Montg AL | 421-17-81-416-41-50 | 3/21/76 | 33 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDY | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | 4745139 | AL |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐ RESIDENT ☑ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 3548 Malabar Rd. Montg. AL 36116 | ( ) | Firefighter |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| City of Montgomery | Station 6 E. South Blvd. Montg. AL | |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? ☑ YES ☐ NO |
|---|---|---|
| 3548 Malabar Rd. Montg. AL 36116 | 1 6 1 | ☐ IN STATE ☐ OUT STATE |

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☑ DRINKING | ☑ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☑ NO | 38 INJURIES? ☐ OFFICER ☑ NONE ☐ ARRESTEE | 39 ARMED? ☐ Y ☑ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 03/13/97 | 23 20 ☑ 1 AM ☐ 2 PM ☐ MIL | S M T W ☒ F S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☑ NO ☐ UNKNOWN |

| 46 CHARGE–1 ☐ FEL ☑ MISD | 47 UCR CODE | 48 CHARGE–2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Harassment | 01/5C | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| | 2155-97 | M D Y | | | M D Y |

| 56 CHARGE–3 ☐ FEL ☑ MISD | 57 UCR CODE | 58 CHARGE–4 ☐ FEL ☑ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D Y | | | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☐ HELD ☐ TOT–LE ☑ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 03/13/97 23:50 ☐ AM ☑ PM ☐ MIL | M.S. Lofton | Patrol | 441 |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| City Jail | MPD | 320 N. Ripley St. |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☑ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| Subject was maced — no injuries |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| A. X. Allen #581 | M.S. Lofton #441 | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| S.C. Vaughn | 169 | M.S. Lofton | 441 | | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC–34 REV. 10-90

PER. FORM 31
Revised 10/93

CITY OF MONTGOMERY
NOTICE OF DEPARTMENTAL DISCIPLINARY HEARING

TO:   Firefighter Lee M. Hartwell
      3548 Malabar Road
      Montgomery, Alabama   36116

Please be advised that a departmental hearing has been scheduled for the
__ day of March, 1997 at ____ o'clock __ .m. at the Fire
Chief's Office before Fire Chief R. W. Grier for the propose of consid-
ering action against you for the following reasons:

See Attached Sheet

You may be present if you desire and you may respond in writing and/or
orally at the time of the hearing. You may not be represented by an
attorney at the departmental level. Disciplinary actions exceeding
suspensions of more that five (5) days require a hearing before the
Mayor and you will be advised in writing of such hearing if required at
the conclusion of your departmental hearing.

_____
Department Head

The above was read in full and a copy offered the employee on the
____ day of ____ 19 __.

THE EMPLOYER:

____ Accepted a copy of same and acknowledged receipt thereof

____ Accepted a copy but would not acknowledge receipt

____ Refused to accept a copy

Signed: _____

Witnessed: _____

I hereby acknowledge receipt of this notification of said charges and of
the hearing thereon

_____
Employee

FIREFIGHTER L. M. HARTWELL:


In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XI:

Section 1100 - Explanation: The rules of conduct pre-scribed in this article shall be confined to the official capacity of members of the Montgomery Fire Department.

> (a) - When the actions or in-actions whether on duty or off duty may adversely affect the efficiency, discipline, reputation, or morale of the department.

Section 1101 - Members shall:

> (G) - Refrain from conduct prejudicial to departmental reputation, order, or discipline and any member who fails to pay debts incurred while in the service of the department shall be charged with violation of this section.

> (l) - Conduct themselves in a gentlemanly manner.

> (p) - Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

> (t) - Understand, be familiar with and obey the rules, regulations and training manuals and shall conduct themselves in a manner that will not reflect criticism on the department.

Prior record also considered.

PREPARED 9/03/96, PR685L   MERIT INCREASES BEGINING  9/06/96 ENDING  9/19/96 AND PAYABLE  9/27/96          PAGE  29
DEPARTMENT:     64 00
                  NAME              S.S. #   POSITION CURRENT CURRENT   OLD    REVIEW   PAY   NEW   NEW   SCH   NEW      ANNUAL
                                                      STEP    RATE      O/W     DATE   GRADE  STEP  RATE  HRS   O/W      SALARY
    HARTWELL, LEE M              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 08010      9    9.2764.          9/05/97  247    10   9.6282  C                28,872

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

                                                   APPROVED:  _____
CC: PERSONNEL                                                 SIGNATURE OF DEPARTMENT HEAD
    PAYROLL
                                                   DATE:   ...5. Sep.93.

Form 10                                                                    Submit in Triplicate

## CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

Department/Division __Montgomery Fire Dept - 6400__                Date __10/31/95__

Name of Employee __Lee M. Hartwell__ ✓                             Effective Date __10/31/95__

Social Security # __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__ ____ Classification __Firefighter__   Job Code __8010__

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official.  Items 3, 4, 5, 7 must have copy of letter to employee attached.  Item 8 should have copy of letter of resignation.

| | | |
|---|---|---|
| 1. Transfer within department.......................... ( ) | 9. Retirement............................................... ( ) |
| 2. Transfer to another department.................. ( ) | 10. Separation by death................................ ( ) |
| 3. Demotion.................................................. ( ) | 11. Expiration by Temp. Apt.......................... ( ) |
| 4. Layoff...................................................... ( ) | 12. Return LWOP.......................................... ( ) |
| 5. Dismissal................................................. ( ) | 13. Return from Military Lv........................... ( ) |
| 6. Leave without pay.................................... ( ) | 14. Change of Name...................................... ( ) |
| 7. Suspension...............................................XXXX) | 15. Change in Salary.................................... ( ) |
| 8. Resignation.............................................. ( ) | 16. |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| **Department** (Items 1 & 2) | | |
| **Classification & Salary** (Items 1,2,3) | | |
| **Dates** (Items 6 & 7)  Five (5) Calendar Days | 31 OCT 95 | 4 NOV 95 |
| **Name** (Item 14) | | |
| **Amount** (Item 15) | | |
| **Other** (Item 16) | | |

Funds are available _____[signature]_____ Disbursing Officer     Date __OCT 31 1995__

**Explanation and remarks (Give reason for any action which is not self-explanatory)**
To reflect on payroll dated   11/10/95 and 11/24/95.

(Signed) 1. _Emery Folmar_ Appointing Authority     Date __11/1/95__

2. _R.W. Grier_ R.W. Grier, Fire Chief     Date __10/31/95__

3. _____     Date _____

4. _Barbara M. Montoya_ Personnel Director     Date __NOV 03 1995__

**MEMORANDUM**

*TO;*
*Proceed*
*ON*

**TO:**    Mayor Emory Folmar

**FROM:**  Fire Chief R. W. Grier *R.WG*

**DATE:**  October 25, 1995

**RE:**    Firefighter L. M. Hartwell
           Disciplinary Action - Overweight

This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.

RWG:fb

Attachments

cc: Mr. Buckalew



RECEIVED
OCT 25 1995
FIRE DEPARTMENT

PER. FORM 35
Revised 10/93

**Certified Mail**
**Return Receipt Requested**                        Date  October 26, 1995

## NOTIFICATION OF SUSPENSION

Firefighter L. M. Hartwell
_(Employee's Name)_

3006-E Southmall Circle
_(Street Address)_

Montgomery, Alabama    36117
(City)          (State)          (Zip)

This is to notify you that as of this date, you are herewith suspended without pay for the period of five calendar

days.

The reason(s) for this suspension is (are)  *(List all charges – attach additional sheets as required)*:

See Attached Sheet

Previous record considered *(List all actions considered – attach additional sheets as required)*:

See Attached Sheets

Suspensions in excess of 30 calendar days in any fiscal year may be appealed to the Personnel Board. Suspensions of 30 calendar days or less may not be appealed to the Personnel Board except as may be otherwise provided in Personnel Rules and Regulations, Rule VIII, Section 12 and Rule VII, Section 12 or 13.

A permanent employee who has received a suspension appealable under Personnel Rules and Regulations may answer these charges within three (3) days from the date of receipt of the notification of suspension by responding in writing to the Appointing Authority and providing a copy to the Personnel Director in Room 224, City Hall.

Within ten (10) days from the time for filing your answer, you may file a written request with the Personnel Director for a hearing before the Personnel Board.

Consult the Montgomery City-County Personnel Board, Room 224, City Hall relative to any other rights you have under the Merit System Law.

R.W. Drew
Department Head/Appointing Authority

Fire Chief
Title

FIREFIGHTER L. M. HARTWELL:

In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XI:

Section 1101: Members shall:

    (j) - Comply with the regulated weight program according to the department policy.

    (p) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Section 1103(a) - Members shall not: Neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Also prior record considered.

**MEMORANDUM**

TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier   R.WG

DATE:   December 15, 1993

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight

This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.

RWG:fb

Attachments

cc: Mr. Buckalew



# M E M O R A N D U M

TO:        Chief Wayne Grier
           Montgomery Fire Department

FROM:      James E. Buckalew
           Executive Assistant to the Mayor

DATE:      March 17, 1994

RE:        SUSPENSION OF FIREFIGHTER L. M. HARTWELL


   This office accepts Firefighter Hartwell's waiver to his right to appear for a hearing.

   The Mayor concurs in your recommendation to suspend Firefighter L. M. Hartwell for fifteen (15) days for the reasons stated in your memorandum dated March 15, 1994. Please prepare the necessary personnel forms and forward them to this office for approval.

Approved:


Emory Folmar, Mayor


JEB/edm



MEMORANDUM

TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier *R.W.G.*

DATE:   June 4, 1991

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight

In November, 1989, Firefighter L. M. Hartwell was given the first step of disciplinary action which was a five day suspension. At that time, he was 1.07 percent over his maximum body fat percentage. Firefighter Hartwell was given a fifteen day suspension for being one pound over-weight in August, 1990.

This is the second step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight. The second step is a fifteen day recommendation for suspension. Firefighter Hartwell is currently 2-1/2 pounds overweight.

The third step is a recommendation of termination of employment.

I concur with Deputy Chief J. L. Fulmer that Firefighter Hartwell be suspended for fifteen calendar days without pay and attached is a wavier signed by Firefighter Hartwell not wishing to be present at the hearing with you.

RWG:fb

Attachments

cc: Mr. Buckalew



## **M E M O R A N D U M**

TO:        Chief Wayne Grier
               Montgomery Fire Department

FROM:     James E. Buckalew
               Executive Assistant to the Mayor

DATE:     July 9, 1989

RE:        SUSPENSION OF FIREFIGHTER L. M. HARTWELL

This office accepts Firefighter L. M. Hartwell's' waiver to his right to appear for a hearing.

The Mayor concurs in your recommendation to suspend Firefighter Hartwell for fifteen (15) calendar days for the reasons stated in your memorandum dated July 6, 1990. Please prepare the necessary personnel forms and forward them to this office for approval.

Approved:

_Emory Folmar_, Mayor

JEB/edm





MEMORANDUM

TO:    Mayor Emory Folmar

FROM:  Fire Chief R. W. Grier *R.W.G.*

DATE:  November 17, 1989

RE:    Firefighter L. M. Hartwell
       Disciplinary Action - Overweight


This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.


RWG:fb

Attachments

cc: Mr. Buckalew

MEMORANDUM

TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier *R.WG*

DATE:   October 25, 1995

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight

This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.

RWG:fb

Attachments

cc: Mr. Buckalew

MEMORANDUM


TO:     Firefighter L. M. Hartwell

FROM:   Fire Chief R. W. Grier  *R.W6*

DATE:   October 25, 1995

RE:     Disciplinary Action - Overweight

A policy has been established for weight control and
physical exercise in the Montgomery Fire Department. This
program has been scrutinized by medical, legal and physi-
cal fitness experts. The criteria has been found to be
sound and the policy very liberal.

Firefighter Hartwell you are expected to conform to this
as well as all other policies of this organization. There
will be no exceptions. I am concurring with Deputy Chief
J. L. Fulmer's recommendation for suspension. You will be
suspended for five calendar days without pay.

RWG:fb

cc:  District Chief C. E. Hill
     Captain J. A. Sutherland
     File

PER. FORM 31
Revised 10/93

CITY OF MONTGOMERY
NOTICE OF DEPARTMENTAL DISCIPLINARY HEARING

TO:  Firefighter L. M. Hartwell
     3006-E Southmall Circle
     Montgomery, Alabama  36117

Please be advised that a departmental hearing has been scheduled for the
_25 th_ day of October, 1995 at ___08:00___ o'clock ___a___.m. at the Fire
Chief's Office before Fire Chief R. W. Grier for the propose of considering
action against you for the following reasons:

See Attached Sheet

You may be present if you desire and you may respond in writing and/or
orally at the time of the hearing. You may not be represented by an attor-
ney at the departmental level. Disciplinary actions exceeding suspensions
of more that five (5) days require a hearing before the Mayor, and you will
be advised in writing of such hearing if required at the conclusion of your
departmental hearing.

_____
Department Head

The above was read in full and a copy offered the employee on the
___19 th___ day of ___October___, 19 _95_.

THE EMPLOYEE:

__✔__ Accepted a copy of same and acknowledged receipt thereof.

_____ Accepted a copy but would not acknowledge receipt.

_____ Refused to accept a copy.

Signed: _____

Witnessed: _____

I hereby acknowledge receipt of this notification of said charges and of the
hearing thereon.

_____
Employee

FIREFIGHTER L. M. HARTWELL:

In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XI:

Section 1101: Members shall:

>    (j) - Comply with the regulated weight program according to the department policy.

>    (p) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Section 1103(a) - Members shall not: Neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Also prior record considered.

MEMORANDUM

TO:    Fire Chief R. W. Grier

FROM:  Deputy Chief J. L. Fulmer *Q.L.J.*

DATE:  October 19, 1995

RE:    Firefighter L. M. Hartwell
       Disciplinary Action

Firefighter L. M. Hartwell was weighed on the official scale on October 13, 1995 and he was found to be over-weight. He weighed 206-3/4 pounds. This places him 2-3/4 pounds over his maximum weight of 204 pounds.

This is Firefighter Hartwell's first failure in a twelve month period to meet the department's standard weight requirement. The second failure in a twelve month period is fifteen day suspension and the third failure in a twelve month period is termination of employment.

Firefighter Hartwell has been told that he must keep his weight at or under his maximum at all times.

I am charging him with violation of the following rules and regulations:

ARTICLE XI:

Section 1101 - Members shall:

    (j) - Comply with the required weight program according to the department policy.

    (p) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Section 1103(a) - Members shall not: Neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

I am recommending that he be suspended for five calendar days without pay.

JLF:fb

cc: Firefighter L. M. Hartwell

MEMORANDUM


TO:    L.M. Hartwell  F/F                    _L.M.H_ (Employee)
                                              (Initial)

FROM:  Chief  C.E. Hill                      _C.E.H._ (Officer)
                                              (Initial)

DATE:       October 13, 1995

RE:    Overweight


You were weighed  on the the official scale (headquarters)
and found to be  overweight.  Your weight on the official
scale was  _206.75_ pounds.  This is _2.75_ pound(s)
above your maximum weight of _204.0_ pounds.

You have been  directed  that  you  must  keep your weight
below your maximum  weight  at all times.  You have failed
to meet this directive.

Witnessed: _J.A. Sutherland Captain_

PER. FORM 31
Revised 10/93

## CITY OF MONTGOMERY
### NOTICE OF DEPARTMENTAL DISCIPLINARY HEARING

TO:  Firefighter L. M. Hartwell
     3006-E Southmall Circle
     Montgomery, Alabama  36117

Please be advised that a departmental hearing has been scheduled for the
_25th_ day of October, 1995 at ____08:00____ o'clock ___A___ .m. at the Fire
Chief's Office before Fire Chief R. W. Grier for the propose of considering
action against you for the following reasons:

### See Attached Sheet

You may be present if you desire and you may respond in writing and/or
orally at the time of the hearing.  You may not be represented by an attor-
ney at the departmental level.  Disciplinary actions exceeding suspensions
of more that five (5) days require a hearing before the Mayor, and you will
be advised in writing of such hearing if required at the conclusion of your
departmental hearing.

_____
                 J. R. Fulmer
                 Department Head

The above was read in full and a copy offered the employee on the
____19th____ day of ____October_____ , 19 _95_ .

THE EMPLOYEE:

___✔___ Accepted a copy of same and acknowledged receipt thereof.

_____ Accepted a copy but would not acknowledge receipt.

_____ Refused to accept a copy.

Signed: _J. R. Fulmer_____

Witnessed: _C. E. Lile_____

I hereby acknowledge receipt of this notification of said charges and of the
hearing thereon.

_____
                 Lee M. Hartwell
                 Employee

FIREFIGHTER L. M. HARTWELL:

In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XI:

Section 1101: Members shall:

    (j) - Comply with the regulated weight program according to the department policy.

    (p) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Section 1103(a) - Members shall not: Neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Also prior record considered.

PER. FORM 31
Revised 10/93

### CITY OF MONTGOMERY
### NOTICE OF DEPARTMENTAL DISCIPLINARY HEARING

TO:  Firefighter L. M. Hartwell
     3006-E Southmall Circle
     Montgomery, Alabama  36117

Please be advised that a departmental hearing has been scheduled for the
_25th_ day of October, 1995 at _0800_ o'clock _A_.m. at the Fire
Chief's Office before Fire Chief R. W. Grier for the propose of considering
action against you for the following reasons:

               See Attached Sheet

You may be present if you desire and you may respond in writing and/or
orally at the time of the hearing. You may not be represented by an attor-
ney at the departmental level. Disciplinary actions exceeding suspensions
of more that five (5) days require a hearing before the Mayor, and you will
be advised in writing of such hearing if required at the conclusion of your
departmental hearing.

                    _____
                              Department Head

The above was read in full and a copy offered the employee on the
_19th_ day of _October_, 19 _95_.

THE EMPLOYEE:

_✓_ Accepted a copy of same and acknowledged receipt thereof.

_____ Accepted a copy but would not acknowledge receipt.

_____ Refused to accept a copy.

Signed: _____
Witnessed: _C. E. /Lie_

I hereby acknowledge receipt of this notification of said charges and of the
hearing thereon.

                    _____
                              Employee

PREPARED  9/01/95, PR685L    MERIT INCREASES BEGINING   9/08/95 ENDING  9/21/95 AND PAYABLE   9/30/95                                    PAGE  34

| DEPARTMENT: | 64 00 NAME | S.S. # | POSITION | CURRENT STEP | CURRENT RATE | OLD B/W | REVIEW DATE | PAY GRADE | NEW STEP | NEW RATE | SCH HRS | NEW B/W | ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARTWELL, LEE M | | 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 | 08010 | 8 | 8.5908 | | 9/07/96 | 247 | 09 | 8.9629 | C | | 24,917 |

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

APPROVED:  R.W. Fr

CC: PERSONNEL
    PAYROLL

SIGNATURE OF DEPARTMENT HEAD

DATE:  7 Sep 95

E

PREPARED  9/07/94, PR685L     MERIT INCREASES BEGINNING     9/09/94 ENDING  9/22/94 AND PAYABLE  9/30/94                    PAGE  43
DEPARTMENT:     64 00
                NAME                S.S. #   POSITION CURRENT CURRENT   OLD     REVIEW    PAY    NEW   NEW    SCH   NEW    ANNUAL
                                                      STEP    RATE      B/W     DATE     GRADE  STEP  RATE   HRS   B/W    SALARY
        HARTWELL, LEE M            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 08010    7    8.0272            9/08/95   247    08   8.2905   8          24,860

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

DATE:  9-13-94
CC: PERSONNEL
    PAYROLL                                    APPROVED:  Richard Drew
                                                          SIGNATURE OF DEPARTMENT HEAD



Form 10                                                                  Submit in Triplicate

## CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

Department/Division ___*Montgomery Fire Dept.*___ 6400     Date ___*April 11, 1994*___

Name of Employee ___*Lee M. Hartwell*___     Effective Date ___*April 8, 1994*___

Social Security # ___*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*___     Classification ___*Firefighter*___     Job Code ___*8010*___

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | |
|---|---|---|
| 1. Transfer within department......................... ( ) | 9. Retirement............................................... ( ) |
| 2. Transfer to another department.................. ( ) | 10. Separation by death.............................. ( ) |
| 3. Demotion................................................ ( ) | 11. Expiration by Temp. Apt........................ ( ) |
| 4. Layoff.................................................... ( ) | 12. Return LWOP....................................... ( ) |
| 5. Dismissal............................................... ( ) | 13. Return from Military Lv.......................... ( ) |
| 6. Leave without pay.................................. ( ) | 14. Change of Name.................................. ( ) |
| 7. Suspension............................................ (X ) | 15. Change in Salary................................. ( ) |
| 8. Resignation............................................ ( ) | 16. |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| **Department** (Items 1 & 2) | | |
| **Classification & Salary** (Items 1,2,3) | | |
| **Dates** (Items 6 & 7) *Fifteen calendar days* | 04/08/94 | 04/22/94 |
| **Name** (Item 14) | | |
| **Amount** (Item 15) | | |
| **Other** (Item 16) | | |

Funds are available ___(signature)___     Date ___4-12-94___
                        Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)
___To reflect on payroll dated 04/29/94___

(Signed) ___(signature) Emory Folmar___     Date APR 14 1994
                        Appointing Authority

2. ___R.W. Grier (signature)___     Date *April 11, 1994*
   R.W. Grier, Fire Chief

3. _____     Date _____

4. ___Barbara M. Montgomery (signature)___     Date APR 15 1994
                        Personnel Director

PER. FORM 35
Revised 10/93

Certified Mail
Return Receipt Requested                           Date  March 29, 1994

## NOTIFICATION OF SUSPENSION

Firefighter L. M. Hartwell
                (Employee's Name)

3006-E Southmall Circle
                (Street Address)

Montgomery, Alabama     36117
(City)              (State)          (Zip)

This is to notify you that as of this date, you are herewith suspended without pay for the period of  FIFTEEN

calendar days.


The reason(s) for this suspension is (are)  *(List all charges – attach additional sheets as required)*:

                See Attached Sheet



Previous record considered *(List all actions considered – attach additional sheets as required)*:

                See Attached Sheet



Suspensions in excess of 30 calendar days in any fiscal year may be appealed to the Personnel Board. Suspensions of 30 calendar days or less may not be appealed to the Personnel Board except as may be otherwise provided in Personnel Rules and Regulations, Rule VIII, Section 12 and Rule VII, Section 12 or 13.

A permanent employee who has received a suspension appealable under Personnel Rules and Regulations may answer these charges within three (3) days from the date of receipt of the notification of suspension by responding in writing to the Appointing Authority and providing a copy to the Personnel Director in Room 224, City Hall.

Within ten (10) days from the time for filing your answer, you may file a written request with the Personnel Director for a hearing before the Personnel Board.

Consult the Montgomery City-County Personnel Board, Room 224, City Hall relative to any other rights you have under the Merit System Law.

                                        R. W. Drue
                                        Department Head/Appointing Authority


                                        Fire Chief
                                        Title

# M E M O R A N D U M

TO:        Chief Wayne Grier
           Montgomery Fire Department

FROM:      James E. Buckalew
           Executive Assistant to the Mayor

DATE:      March 17, 1994

RE:        SUSPENSION OF FIREFIGHTER L. M. HARTWELL


    This office accepts Firefighter Hartwell's waiver to
his right to appear for a hearing.

    The  Mayor concurs in your recommendation to suspend
Firefighter L. M. Hartwell for fifteen (15) days  for the
reasons stated in your memorandum dated March 15, 1994.
Please prepare the necessary personnel forms and forward
them to this office for approval.

Approved:


Emory Folmar, Mayor


JEB/edm



FIREFIGHTER L. M. HARTWELL:


In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XI:

Section 1101(p) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Section 1103(a) - Members shall not: Neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Also prior record considered.

Form 10

Submit in Triplicate

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
### RECOMMENDATION FOR PERSONNEL ACTION

Department/Division _Montgomery Fire Dept._    6400    Date _January 7, 1994_

Name of Employee _Lee M. Hartwell_    Effective Date _January 8, 1994_

Social Security # _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_    Classification _Firefighter_    Job Code _8010_

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

1. Transfer within department........................ ( )
2. Transfer to another department.................. ( )
3. Demotion.................................................. ( )
4. Layoff...................................................... ( )
5. Dismissal................................................. ( )
6. Leave without pay..................................... ( )
7. Suspension.............................................. (XX)
8. Resignation.............................................. ( )
9. Retirement............................................... ( )
10. Separation by death................................. ( )
11. Expiration by Temp. Apt. .......................... ( )
12. Return LWOP........................................... ( )
13. Return from Military Lv............................. ( )
14. Change of Name....................................... ( )
15. Change in Salary...................................... ( )
16.

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| **Department** (Items 1 & 2) | | |
| **Classification & Salary** (Items 1,2,3) | | |
| **Dates** (Items 6 & 7) _Five Calendar days_ | 01/08/94 | 01/12/94 |
| **Name** (Item 14) | | |
| **Amount** (Item 15) | | |
| **Other** (Item 16) | | |

Funds are available _Hugh L. Austin_    Date _01-10-94_
Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)
_To reflect on payroll dated 01/21/94_

(Signed) 1. _Emory Folmar_    Date JAN 1 0 1994
Appointing Authority

2. _R.W. Grier, Fire Chief_    Date _January 8, 1994_

3. _____    Date _____

4. _Barbara M. Montoya_    Date JAN 1 3 1994
Personnel Director

FORM 34

Date: <u>December 20, 1993</u>

Certified Mail
Return Receipt Requested

## NOTIFICATION OF SUSPENSION

Firefighter L. M. Hartwell
3006-E Southmall Circle
Montgomery, Alabama   36117

This is to notify you that as of this date you are herewith suspended without pay for the period of five calendar days.

The reason(s) for this suspension is (are):

See Attached Sheet

Suspensions in access of 30 calendar days in any fiscal year may be appealed to the Personnel Board. Suspensions of 30 calendar days or less may not be appealed to the Personnel Board except as may be otherwise provided in Personnel Rules and Regulations, Rule VIII, Section 12 and Rule VII, Section 12 or 13.

A permanent employee who has received a suspension appealable under Personnel Rules and Regulations may answer these charges within three (3) days from the date of receipt of the notification or suspension by responding in writing to the department head and providing a copy to the Personnel Board in Room 226, City Hall.

Within ten (10) days from the time of filing your answer, you may file a written request with the Personnel Director for a hearing before the Personnel Board.

Consult the Montgomery City-County Personnel Board, Room 226, City Hall relative to any other rights you have under the Merit System Law.

_____
R. W. ____
Department Head

_____
December 20, 1993
Title

FIREFIGHTER L. M. HARTWELL:

In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XI:

Section 1101(p) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Section 1103(a) - Members shall not: Neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Also prior record considered.

MEMORANDUM

*To Proceed*
*RWG*

TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier *R.W.G*

DATE:   December 15, 1993

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight

This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.

RWG:fb

Attachments

cc: Mr. Buckalew



MEMORANDUM

TO:    Mayor Emory Folmar

FROM:  Fire Chief R. W. Grier  *R.W.G*

DATE:  December 15, 1993

RE:    Firefighter L. M. Hartwell
       Disciplinary Action — Overweight

This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.

RWG:fb

Attachments

cc: Mr. Buckalew

**MEMORANDUM**

TO:     Fire Chief R. W. Grier

FROM:   Deputy Chief J. L. Fulmer *J.R.J.*

DATE:   December 9, 1993

RE:     Firefighter L. M. Hartwell
        Disciplinary Action

Firefighter L. M. Hartwell had his body fat weight re-established and was found to be overweight. His body fat was 22.288. This places him 2.288 percent over his maximum body fat percentage.

Firefighter Hartwell has been told that on the body fat program he must keep his weight at twenty per cent or under at all times.

I am charging him with the following violations;

ARTICLE XI:

Section 1101(p) — Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Section 1103(a) — Members shall not: Neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

I am recommending that he be suspended for five calendar days without pay.

JLF:fb

FORM 30

## CITY OF MONTGOMERY
### DEPARTMENTAL DISCIPLINARY HEARING

TO:  FIREFIGHTER L. M. HARTWELL

Please be advised that a departmental hearing has been scheduled for the _15_ day of December, 1993 at ___0 800___ o'clock ___A___.m. at the Fire Chief's Office before Fire Chief R. W. Grier for the propose of considering your:

_____ Demotion from _____ to _____

_____ Dismissal

___X___ Suspension for FIVE days

as an employee of the MONTGOMERY FIRE DEPARTMENT upon the following grounds: (use additional sheets as necessary)

See Attached Sheet

You may be present, if you desire.  You may respond in writing and/or orally at the time of the hearing.  You may present any witnesses or evidence concerning the above grounds.

This hearing and action taken as a result of same, shall not effect your rights, if any, which you may have for appeal or review under any personnel regulations or statutes.

_____
Department Head

The above was read in full and a copy offered the employee on the _____9th_____ day of ___December___, 19 _93_.

THE EMPLOYEE:

___✓___ Accepted a copy of same and acknowledged receipt thereof.

_____ Accepted a copy but would not acknowledge receipt.

_____ Refused to accept a copy.

Signed:_____

Witnessed:_____

I herewith acknowledge receipt of this notification of said charges and of the hearing thereon.

Employee:_____

FIREFIGHTER L. M. HARTWELL:

In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XI:

Section 1101(p) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Section 1103(a) - Members shall not: Neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Also prior record considered.

UMAN PERFORMANCE LABORATORY

UBURN UNIVERSITY AT MONTGOMERY

R. HANK WILLIFORD, DIRECTOR

HONE 205-244-3548

ESTERS INITIALS
W

RGANIZATION
FD
HE NAME IS
EE M HARTWELL

HE DATE IS
 DEC 1993

HE WEIGHT IN KG IS
6.8181819

HE WEIGHT IN POUNDS
91

HE AGE IS
9

HE BODY DENSITY IS
.04809017

HE WEIGHT IN WATER IS
.55

HE RESIDUAL VOLUME IS
.7

HE PERCENT FAT IS
2.2876107

HE POUNDS OF FAT ARE
2.5693363

HE LEAN  BODY MASS IS
48.430664

HE BODY FAT PERCENTAGE WAS COMPUTED BY HYDROSTATIC WEIGHING
VERAGE VALUES FOR COLLEGE AGE MALES ARE 15%
VERAGE VALUES FOR COLLEGE AGE FEMALES ARE 23%
F THERE ARE ANY QUESTIONS PLEASE CONTACT THE HUMAN PERFORMANCE LABORATORY AT 271-9472
HE WEIGHT AT 20% FAT IS
85.53833

HE WEIGHT AT 24% FAT
95.303505

PREPARED 9/09/93. RR68L    MERIT INCREASES BEGINING  9/10/93 ENDING  9/23/93 AND PAYABLE  10/01/93.                                PAGE  52

DEPARTMENT:    66 00

| NAME | S.S. # | POSITION | CURRENT STEP | CURRENT RATE | OLD R/N | REVIEW DATE | PAY GRADE | NEW STEP | NEW RATE | SCH HRS | NEW R/N | ANNUAL SALARY |
|------|--------|----------|--------------|--------------|---------|-------------|-----------|----------|----------|---------|---------|---------------|
| HARTWELL, LEE M | 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 | 08010 | 7 | 6.6784 | | 9/09/94 | 241 | 08 | 6.9434 | 8 | | 20,821. |

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

DATE: 09-14-93......                    APPROVED: _____
CC: PERSONNEL                                      SIGNATURE OF DEPARTMENT HEAD
    PAYROLL

PREPARED  8/27/92, PR685L    MERIT INCREASES BEGINING   9/11/92 ENDING  9/24/92 AND PAYABLE  10/02/92                    PAGE  36

| DEPARTMENT: | 64 00 NAME | S.S. # | POSITION | CURRENT STEP | CURRENT RATE | OLD B/W | REVIEW DATE | PAY GRADE | NEW STEP | NEW RATE | SCH HRS | NEW B/W | ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HARTWELL, LEE M | 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 | 08010 | 6 | 6.1987 | | 9/10/93 | 241 | 07 | 6.4117 | C | | 19,226. |

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

DATE: 09-11-92
CC: PERSONNEL
    PAYROLL

APPROVED:  _Rick Green_
           SIGNATURE OF DEPARTMENT HEAD

kw

6

PREPARED  8/29/91, PR685L     MERIT INCREASES BEGINING     9/13/91 ENDING  9/26/91 AND PAYABLE  10/04/91                                    PAGE  40

| DEPARTMENT:      64 00 NAME | S.S. # | POSITION | CURRENT STEP | CURRENT RATE | OLD B/W | REVIEW DATE | PAY GRADE | NEW STEP | NEW RATE | SCH HRS | NEW B/W | ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARTWELL, LEE M | 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 | 08010 ✓ | 5 ✓ | 5.9847 ✓ | | 9/12/92 | 241 | 06 ✓ | 6.1987 ✓ | A | | 18,588.— |

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

DATE: 09-05-91........                              APPROVED:    R.W. Amw
CC: PERSONNEL                                                 SIGNATURE OF DEPARTMENT HEAD
    PAYROLL

MONTGOMERY COUNTY
DEPT. OF HUMAN RESOURCES
P O BOX 250380
MONTGOMERY, AL.
36125-0380


CITY OF MONTGOMERY                    CASE NO.:  51-092275
PERSONNEL DEPT                        DATE:  073191
103 N. PERRY ST
MTGY            AL   36104


RE:  LEE M HARTWELL
SSN  421984645
THOUGHT TO BE EMPLOYED AROUND___PRESENTLY_____

Dear Sir:

This department will greatly appreciate your assistance in furnishing information regarding the above-named person.  Our information is that this person is presently, or was formerly, employed by you.

Our request is made in accordance with Public Law 93-647, Section 454, (42 U.S.C. 654) and the Alabama Child Support Law of 1979, (Code of Ala. 1975 38-10-1 et seq) which requires the use of any available source of information to locate and verify income of absent parents.  The Child Support Enforcement Unit is not subject to the restrictions of the Privacy Act (PL93-579& 5 U.S.C. 552a).  The information will be used solely for the purpose of enforcing the civil and criminal laws of the State of Alabama regarding child support.

We need your reply to this inquiry at your earliest convenience.  Please DO NOT give this letter to the individual.  It is important that the information be provided by YOU, the EMPLOYER.  If the individual has never been employed by you, please return the form and state that fact.  This will keep you from getting a follow-up letter at a later date.  A self-addressed envelope is enclosed for your convenience.

If you have any questions concerning this request, please contact me at __284-3850__ .  In the event this matter is heard in court and this information has not been provided to us, your records may be subpoenaed and/or you may be subpoenaed to testify concerning these facts.  Thank you for your cooperation.

Sincerely,

PAMELA P CHAPPELL
Child Support Worker

DHR-CSD-580
Revised 8/89

*CSW - Chappell*

| | |
|---|---|
| CITY OF MONTGOMERY | RE: **LEE M HARTWELL** |
| PERSONNEL DEPT | 421984645 |
| 103 N. PERRY ST | 51-092275 |
| MTGY            AL 36104 | 073191 |

Please provide as much information as you have regarding the following:

1. Is this person currently employed? YES __ NO __ If "YES" please answer remaining questions.  If "NO" please answer questions 2,3,4,5,8,9,10,12.

2. Current or last known residence address _____

   _____

3. Date of birth _____  4. SSN_____

5. Length of employment: From_____ To_____
   Type of employment:  Full-time___ Part-time___

6. If subject employed at a branch location, what is the address?

   _____

7. Earnings for past year or last period of employment as reflected in withholding statements:  $_____ gross per _____.

8. Gross monthly salary $_____

9. How many tax dependents are claimed? _____

10. Union membership:  NAME _____

11. Does subject have medical coverage on dependents? __ YES __ NO.
    If YES, please name company _____
    Premium amount for dependent coverage $_____ per _____

12. If person is no longer with you, was a forwarding address left?
    __ YES __NO  If YES please provide address_____

    _____

    Is there name and address of a friend or relative left to contact?
    __ YES __ NO  If YES please provide information _____

    _____

    Was insurance retained? __ YES __ NO. If YES please provide information

    _____

_____    _____
Signature of person completing form      Date

DHR–CSD–580
Revised 8/89

Form 10

# CITY AND COUNTY OF MONTGOMERY
# PERSONNEL DEPARTMENT
# RECOMMENDATION FOR PERSONNEL ACTION

Department/Division   *Montgomery Fire Dept.*      6400        Date   *June 11, 1991*

Name of Employee      *Lee M. Hartwell*                        Effective Date  *June 14, 1991*

Social Security #   *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*    Classification   *Firefighter*    Job Code   *8010*

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | |
|---|---|
| 1. Transfer within department .......................... ( ) | 9. Retirement ..................................................... ( ) |
| 2. Transfer to another department ................... ( ) | 10. Separation by death ...................................... ( ) |
| 3. Demotion ........................................................ ( ) | 11. Expiration by Temp. Apt. .............................. ( ) |
| 4. Layoff ............................................................. ( ) | 12. Return LWOP ................................................ ( ) |
| 5. Dismissal ....................................................... ( ) | 13. Return from Military Lv ................................. ( ) |
| 6. Leave without Pay ........................................ ( ) | 14. Change of Name ........................................... ( ) |
| ⑦ Suspension ................................................ (XXX) | 15. Change in Salary .......................................... ( ) |
| 8. Resignation ................................................... ( ) | 16. |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| **Department**<br>**(Items 1 & 2)** | | |
| **Classification & Salary**<br>**(Items 1, 2, 3)** | | |
| **Dates**<br>**(Items 6 & 7)** | *15 calendar days*   06/14/91 | 06/28/91 |
| **Name**<br>**(Item 14)** | | |
| **Amount**<br>**(Item 15)** | | |
| **Other**<br>**(Item 16)** | | |

If action is Resignation or Layoff, is Reemployment Recommended?  Yes ( )        No ( )

Funds are available    *[signature] Hugh L. Austin*           Date  *6-13-91*

                                          Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-expanatory)
    *To reflect on payrolls dated 06/28/91 and 07/12/91*

(Signed) 1. *[signature] Emory Folmar*                              Date  **JUN 1 4 1991**
                                Appointing Authority

      2. *[signature] R.W. Grier*                                 Date  *June 11, 1991*
          *R.W. Grier, Fire Chief*

      3. _____                           Date

      4. *[signature] Barbara M. Montoya*                          Date  **JUN 2 0 1991**
                              Personnel Director

300-419

## M E M O R A N D U M

TO:        Chief Wayne Grier
           Montgomery Fire Department

FROM:      James E. Buckalew
           Executive Assistant to the Mayor

DATE:      June 5 1991

RE:        SUSPENSION OF FIREFIGHTER L. M. HARTWELL

     This office accepts Firefighter L. M. Hartwell's waiver to his right to appear for a hearing.

     The Mayor concurs in your recommendation to suspend Firefighter Hartwell for fifteen (15) calendar days for the reasons stated in your memorandum dated June 4, 1991.   Please prepare the necessary personnel forms and forward them to this office for approval.

Approved:

Emory Folmar, Mayor

JEB/edm



FORM 34

Certified Mail                          Date ____June 6, 1991____
Return Receipt Requested

### NOTIFICATION OF SUSPENSION

____Firefighter L. M. Hartwell____
        (Employee's Name)

____701 Kimball Street____
        (Street Address)

____Montgomery, Alabama    36108____
(City)            (State)        (Zip)

This is to notify you that as of this date, you are herewith suspended

without pay for the period of _____fifteen days._____

_____

_____

The reason(s) for this suspension is(are):

                    See Attached Sheet

TO: ___FIREFIGHTER L. M. HARTWELL_____

DATE: .___June 4, 1991_____

You are herewith notified that I am recommending to the Mayor
that you be

/ XX/    Suspended for ___15___ days

/___/    Dismissed


The reasons for this recommendation are:


See Attached Sheet

2.


3.


A hearing will be set by the Mayor to consider this recommenda-
tion and the charges.  You will be given an opportunity to
respond to the recommendation and these charges at this hearing.
You will be notified in writing of the hearing date and your
rights at said hearing.

MEMORANDUM



TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier *R.W.G.*

DATE:   June 4, 1991

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight


In November, 1989, Firefighter L. M. Hartwell was given
the first step of disciplinary action which was a five day
suspension. At that time, he was 1.07 percent over his
maximum body fat percentage. Firefighter Hartwell was
given a fifteen day suspension for being one pound over-
weight in August, 1990.

This is the second step in a three step disciplinary
process to correct the problem with firefighters who are
habitually overweight. The second step is a fifteen day
recommendation for suspension. Firefighter Hartwell is
currently 2-1/2 pounds overweight.

The third step is a recommendation of termination of
employment.

I concur with Deputy Chief J. L. Fulmer that Firefighter
Hartwell be suspended for fifteen calendar days without
pay and attached is a wavier signed by Firefighter
Hartwell not wishing to be present at the hearing with
you.

RWG:fb

Attachments

cc: Mr. Buckalew

MEMORANDUM


TO:    Firefighter L. M. Hartwell

FROM:  Fire Chief R. W. Grier *RWG*

DATE:  June 4, 1991

RE:    Disciplinary Action - Overweight

A policy has been established for weight control and
physical exercise in the Montgomery Fire Department. This
program has been scrutinized by medical, legal and physi-
cal fitness experts. The criteria has been found to be
sound and the policy very liberal.

Firefighter Hartwell, you are expected to conform to this
as well as all other policies of this organization. There
will be no exceptions. I am concurring with Deputy Chief
J. L. Fulmer's recommendation for suspension. You will be
suspended for fifteen calendar days without pay.

RWG:fb

cc:  District Chief R. A. Wallace
     Captain D. W. Wallace
     Lieutenant W. R. Headley
     File

FIREFIGHTER L. M. HARTWELL:

In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XVI:

Section 652(b) - Members shall devote proper attention to the service: Not neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Section 658(a) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Also prior record considered.

MEMORANDUM

TO:     Deputy Chief J. L. Fulmer

FROM:   Firefighter L. M. Hartwell

DATE:   June 4, 1991

RE:     Disciplinary Hearing with Mayor

I do not wish to be present for my hearing before the Mayor.

_____
L. M. Hartwell, Firefighter

Witnessed:

_____

MEMORANDUM


TO:    Firefighter L. M. Hartwell

FROM:  District Chief R. A. Wallace

DATE:  May 2, 1991

RE:    Overweight

On this date you were weighed on the official scales. Your weight was 186-1/2 pounds.

Your weight should be 184 pounds or under to meet the Department weight standard.

_L. M. Hartwell_
L. M. Hartwell, Firefighter

Witnessed:

_R. A. Wallace_


SWORN TO AND SUBSCRIBED before me on this the 2nd day of _May_ , 19 91 .

_____
Notary Public

FORM 30

TO:   FIREFIGHTER L. M. HARTWELL

Please be advised that a hearing has been scheduled for the ___4ᵗʰ___ day of ___June___, 19 _91_ at ___0800___ o'clock ___A___ .M. at the Fire Chief's Office before ___Fire Chief R. W. Grier___,

for the purpose of considering your:

[ ] Demotion from _____ to _____

[ ] Dismissal

[xx] Suspension for ___15___ days

as an employee of the ___Montgomery Fire___ Department upon the following grounds: (use additional sheets as necessary)

                    See Attached Sheet



You may be present, if you desire, and be represented by an Attorney if you desire. You may respond in writing and/or orally at the time of the hearing. You may present any witnesses or evidence concerning the above grounds.

This hearing and action taken as a result of same, shall not affect your rights, if any, which you may have for appeal or review under any personnel regulations or statutes.

                              _J. R. Fulmer_
                              Appointing Authority

The above was read in full and a copy offered the employee on the ___29ᵗʰ___ day of _May_, 19 _91_.

THE EMPLOYEE:

        Accepted a copy of same and acknowledged receipt thereof.

        Accepted a copy but would not acknowledge receipt.

        Refused to accept a copy.

Signed: _J. R. Fulmer_

Witness: _R. A. Wallace_

I herewith acknowledge receipt of this notification of said charges and of the hearing thereon.

                    Employee: _Les M. Hartwell_

FIREFIGHTER L. M. HARTWELL:

In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XVI:

Section 652(b) - Members shall devote proper attention to the service: Not neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Section 658(a) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Also prior record considered.

PREPARED  9/04/90, PR685L    MERIT INCREASES BEGINING  9/14/90 ENDING  9/27/90 AND PAYABLE  10/05/90                                PAGE  26

| DEPARTMENT: | AA8 00 NAME | S.S. # | POSITION | CURRENT STEP | CURRENT RATE | OLD D/W | REVIEW DATE | PAY GRADE | NEW STEP | NEW RATE | SCH HRS | NEW D/W | ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARTWELL, LEE M | | 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 | 08010 | 4 | 5.4037 | | 9/13/91 | 241 | 05 | 5.8103 | A | | 17,423 |

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

DATE: 09-07-90
CC: PERSONNEL
    PAYROLL

APPROVED:  _Rul. Drew_
           SIGNATURE OF DEPARTMENT HEAD

Form 10                                                                              Submit in Triplicate

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

Department/Division  _Montgomery Fire Dept._   6400          Date  _August 8, 1990_

Name of Employee  _Lee M. Hartwell_                         Effective Date  _August 8, 1990_

Social Security #  _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_   Classification  _Firefighter_   Job Code  _8010_

Item 2 requires the signature of both department heads.

Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | |
|---|---|---|
| 1. Transfer within department ...................................( ) | 9. Retirement .......................................................( ) |
| 2. Transfer to another department ...........................( ) | 10. Separation by death .........................................( ) |
| 3. Demotion ..............................................................( ) | 11. Expiration by Temp. Apt. .................................( ) |
| 4. Layoff ...................................................................( ) | 12. Return LWOP ...................................................( ) |
| 5. Dismissal .............................................................( ) | 13. Return from Military Lv ....................................( ) |
| 6. Leave without Pay ...........................................( X ) | 14. Change of Name ..............................................( ) |
| (7.) Suspension .........................................................( X ) | 15. Change in Salary .............................................( ) |
| 8. Resignation .........................................................( ) | 16. |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| **Department** (Items 1 & 2) | | |
| **Classification & Salary** (Items 1, 2, 3) | | |
| **Dates** (Items 6 & 7) | 15 calendar days   08/08/90 | 08/22/90 |
| **Name** (Item 14) | | |
| **Amount** (Item 15) | | |
| **Other** (Item 16) | | |

If action is Resignation or Layoff, is Reemployment Recommended?  Yes ( )        No ( )

Funds are available  _Hugh S. Austin_                        Date  _8-09-90_
                        Disbursing Officer

**Explanation and remarks (Give reason for any action which is not self-expanatory)**

_To reflect on payrolls dated 08/24 and 09/07/90_

(Signed) 1. _Emory Folmar_                                    Date  AUG 13 1990
                Appointing Authority

2. _R.W. Grier_                                              Date  _August 8, 1990_
   R.W. Grier, Fire Chief

3. _____                                          Date  _____

4. _Barbara M. Montgomery_                                  Date  AUG 16 1990
                Personnel Director

FORM 34

Certified Mail
Return Receipt Requested                    Date  July 10, 1990

NOTIFICATION OF SUSPENSION

Firefighter L. M. Hartwell
      (Employee's Name)

701 Kimball Street
      (Street Address)

Montgomery, Alabama  36108
(City)      (State)      (Zip)

This is to notify you that as of this date, you are herewith suspended

without pay for the period of ____ fifteen days.

_____

_____

_____

The reason(s) for this suspension is(are):

            See Attached Sheet


Suspensions in excess of 30 calendar days in any fiscal year may be
appealed to the Personnel Board. Suspensions of 30 calendar days or
less may not be appealed to the Personnel Board except as may be
otherwise provided in Personnel Rules and Regulations, Rule VIII,
Section 12 and Rule VII, Section 12 or 13.

A permanent employee who has received a suspension appealable under
Personnel Rules and Regulations may answer these charges within three
(3) days from the date of receipt of the notification of suspension
by responding in writing to the department head and providing a copy
to the Personnel Director in Room 226, City Hall.

Within ten (10) days from the time for filing your answer, you may
file a written request with the Personnel Director for a hearing
before the Personnel Board.

Consult the Montgomery City-County Personnel Board, Room 226, City
Hall relative to any other rights you have under the Merit System
Law.

_____
Administrator or Department Head

Deputy Fire Chief
              Title

# M E M O R A N D U M

TO:        Chief Wayne Grier
           Montgomery Fire Department

FROM:      James E. Buckalew
           Executive Assistant to the Mayor

DATE:      July 9, 1989

RE:        SUSPENSION OF FIREFIGHTER L. M. HARTWELL


     This office accepts Firefighter L. M. Hartwell's'
waiver to his  right to appear for a hearing.

     The Mayor  concurs  in  your  recommendation  to
suspend Firefighter Hartwell for fifteen (15) calendar
days  for the reasons stated in your memorandum dated
July 6, 1990.  Please prepare the necessary personnel
forms and forward them to this office for approval.


Approved:

Emory Folmar, Mayor

JEB/edm



MEMORANDUM

TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier

DATE:   July 6, 1990

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight

In November, 1989, Firefighter L. M. Hartwell was given
the first step of disciplinary action which was a five day
suspension. At that time, he was 1.07 percent over his
maximum body fat percentage.

This is the second step in a three step disciplinary
process to correct the problem with firefighters who are
habitually overweight. The second step is a fifteen day
recommendation for suspension. Firefighter Hartwell is
currently one pound overweight.

The third step is a recommendation of termination of
employment.

I concur with Deputy Chief J. L. Fulmer that Firefighter
Hartwell be suspended for fifteen calendar days without
pay and attached is a wavier signed by Firefighter
Hartwell not wishing to be present at the hearing with
you.

RWG:fb

Attachments

cc: Mr. Buckalew



**MEMORANDUM**

TO:    Firefighter L. M. Hartwell

FROM:  Fire Chief R. W. Grier *R.W.G.*

DATE:  July 6, 1990

RE:    Disciplinary Action – Overweight

In November, 1989, you were given the first step of disciplinary action which was a five day suspension for being overweight. At that time you were 1.07 percent over your maximum body fat percentage.

This is now the second step in the three step disciplinary process to correct the problem with firefighters who are habitually overweight. This second step is a fifteen day recommendation for suspension.

The third and final step is a recommendation of termination of employment with the fire department.

Firefighter Hartwell, you are expected to conform to this policy as well as all other policies of this organization. There will be no exceptions.

I am concurring with Deputy Chief J. L. Fulmer's recommendation for suspension. You will be suspended for fifteen calendar days without pay.

RWG:fb

cc:  District Chief K. W. Wallace
     Captain D. W. Wallace
     Lieutenant W. R. Headley
     File

FIREFIGHTER L. M. HARTWELL:


In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XVI:

Section 652(b) - Members shall devote proper attention to the service: Not neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Section 658(a) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Also prior record considered.

TO:___ Firefighter L. M. Hartwell_____

DATE: .___July 6, 1990_____

You are herewith notified that I am recommending to the Mayor that you be

/XX/   Suspended for ___15___ days

/__/   Dismissed


The reasons for this recommendation are:

1.

          See  Attached Sheet

2.


3.




A hearing will be set by the Mayor to consider this recommenda-tion and the charges.  You will be given an opportunity to respond to the recommendation and these charges at this hearing. You will be notified in writing of the hearing date and your rights at said hearing.

                         _R.W. Sain_____
                         Department Head

MEMORANDUM


TO:    Deputy Chief J. L. Fulmer

FROM:  Firefighter L. M. Hartwell

DATE:  July 6, 1990

RE:    Disciplinary Hearing with Mayor

I do  not  wish  to  be  present for my hearing before the
Mayor.

_____
L. M. Hartwell, Firefighter


Witnessed:

_____

**FORM 30**

**TO:**    FIREFIGHTER L. M. HARTWELL

Please be advised that a hearing has been scheduled for the 6<u>th</u> day of ___July___, 19 90 at ___1600___ o'clock ___P___.M. at ___the Fire Chief's Office___ before ___Fire Chief R. W. Grier___,

for the purpose of considering your:

☐  Demotion from _____ to _____

☐  Dismissal

☒  Suspension for ___15___ days

as an employee of the ___Montgomery Fire___ Depart-
ment upon the following grounds: (use additional sheets as neces-
sary)

See Attached Sheet

You may be present, if you desire, and be represented by an Attorney if you desire. You may respond in writing and/or orally at the time of the hearing. You may present any witnesses or evidence concerning the above grounds.

This hearing and action taken as a result of same, shall not affect your rights, if any, which you may have for appeal or review under any personnel regulations or statutes.

_James R. Filmer_
Appointing Authority

The above was read in full and a copy offered the employee on the ___3rd___ day of ___July___, 19 90.

**THE EMPLOYEE:**

✓Accepted a copy of same and acknowledged receipt thereof.

Accepted a copy but would not acknowledge receipt.

Refused to accept a copy.

Signed: _James R. Filmer_

Witness: _Ted Walls_

I herewith acknowledge receipt of this notification of said charges and of the hearing thereon.

Employee: _Lee M. Hartwell_

**MEMORANDUM**

TO:     Fire Chief R. W. Grier

FROM:   Deputy Chief J. L. Fulmer *Q.P.F.*

DATE:   June 30, 1990

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight

Firefighter L. M. Hartwell was weighed on the official
scale this date and found to weigh 185 pounds. His
maximum weight is 184 pounds. He is one pound over his
maximum weight.

Firefighter Hartwell weighed 183 pounds when weighed in
June, 1990.

This is his second failure in a twelve month period to
meet the department's standard weight requirement. This
failure places him in violation of the following sections
of department's rules and regulations:

ARTICLE XVI:

Section 652(b) - Members shall devote proper attention to
the service: Not neglect or fail to perform any portion
of their duties required by rule, regulation, order,
common practice, or the necessities of the situation
involved.

Section 658(a) - Members shall: Refrain from immoral
conduct, deception, violation or evasion of law or offi-
cial rule, regulation or order.

I am recommending that Firefighter Hartwell be suspended
for fifteen calendar days.

JLF:fb

**MEMORANDUM**

TO:      L.M. Hartwell, Firefighter

FROM:    D.H. Salzburn, Captain

DATE:    June 30, 1990

RE:      Overweight

You were weighed on the District scales and found to be
overweight.

You were then weighed on the official scales and found to
be overweight.  Your weight on the official scales was
185 lbs.   .  This is 1 lb.     above your maximum weight.

You have been directed that you must keep your weight below
your maximum at all times.  You have failed to meet this
directive.

Mar — 184
June — 183

Form:  WTM

**FIREFIGHTER L. M. HARTWELL:**

In violation of the rules and regulations governing the Montgomery Fire Department:

**ARTICLE XVI:**

Section 652(b) - Members shall devote proper attention to the service: Not neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Section 658(a) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Also prior record considered.

FORM 10                                                          Submit in Triplicate

**CITY AND COUNTY OF MONTGOMERY**
**PERSONNEL DEPARTMENT**
**RECOMMENDATION FOR PERSONNEL ACTION**

Department/Division _Montgomery Fire Dept._   6400      Date _December 5, 1989_

Name of Employee _Lee M. Hartwell_   _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_   Effective Date _December 5, 1989_

Classification _Firefighter_      Job Code _8010_

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | | | | |
|---|---|---|---|---|---|
| 1. Transfer within department | ( ) | | 9. Retirement | ( ) |
| 2. Transfer to another department | ( ) | | 10. Separation by death | ( ) |
| 3. Demotion | ( ) | | 11. Expiration of Temp. Apt. | ( ) |
| 4. Layoff | ( ) | | 12. Return LWOP | ( ) |
| 5. Dismissal | ( ) | | 13. Return from Military Lv | ( ) |
| 6. Leave without Pay | ( ) | | 14. Change in Name | ( ) |
| 7. Suspension | ( X ) | | 15. Change in Salary | ( ) |
| 8. Resignation | ( ) | | 16. | |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (Items 1 & 2) | | |
| Classification & Salary (Items 1, 2, 3) | | |
| Dates (Items 6 & 7) | 5 calendar days   12/05/89 | 12/09/89 |
| Name (Item 14) | | |
| Amount (Item 15) | | |
| Other (Item 16) | | |

If Action is Resignation or Layoff, is Reemployment Recommended?  Yes ( )  No ( )

Funds are available _Hugh L. Austin_     Date _12-07-89_
                         Disbursing Officer

**Explanation and remarks (Give reason for any action which is not self-explanatory)**
_To reflect on payrolls dated 12/15/89 and 12/29/89_

(Signed) 1. _Emory Folmar_      Date DEC 07 1989
                Appointing Authority

2. _R.W. Grier_      Date _December 5, 1989_
   R.W. Grier, Fire Chief

3. _____      Date DEC 8 - 1989

4. _Barbara M. Montoya_      Date _____
         Personnel Director

FORM 34

**Certified Mail**
**Return Receipt Requested**                        Date   November 28, 1989

### NOTIFICATION OF SUSPENSION

Firefighter L. M. Hartwell
      **(Employee's Name)**

701 Kimball Street
      **(Street Address)**

Montgomery, Alabama  36108
**(City)              (State)         (Zip)**

This is to notify you that as of this date, you are herewith suspended

without pay for the period of    five days.

The reason(s) for this suspension is(are):

      See Attached Sheet

Suspensions  in  excess of 30 calendar days in any fiscal year may be
appealed  to the Personnel Board.  Suspensions of 30 calendar days or
less  may  not  be  appealed  to the Personnel Board except as may be
otherwise  provided  in  Personnel  Rules and Regulations, Rule VIII,
Section 12 and Rule VII, Section 12 or 13.

A  permanent  employee who has received a suspension appealable under
Personnel Rules and Regulations may answer these charges within three
(3)  days  from the date of receipt of the notification of suspension
by  responding in writing to the department head and providing a copy
to the Personnel Director in Room 226, City Hall.

Within ten  (10)  days from the time for filing your answer, you may
file  a  written  request  with  the Personnel Director for a hearing
before the Personnel Board.



MEMORANDUM

TO:    Mayor Emory Folmar

FROM:  Fire Chief R. W. Grier *R.W.G.*

DATE:  November 17, 1989

RE:    Firefighter L. M. Hartwell
       Disciplinary Action - Overweight


This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.


RWG:fb

Attachments

cc: Mr. Buckalew

FIREFIGHTER L. M. HARTWELL

In violation of the rules and regulations governing the
Montgomery Fire Department:

ARTICLE XVI:

Section 652(b) - Members shall devote proper attention to
the service: Not neglect or fail to perform any portion
of their duties required by rule, regulation, order,
common practice, or the necessities of the situation
involved.

Section 658(a) - Members shall: Refrain from immoral
conduct, deception, violation or evasion of law or offi-
cial rule, regulation or order.

Also prior record considered.

MEMORANDUM


TO:     Mayor Emory Folmar

FROM:   Fire Chief R. W. Grier  R.W.G.

DATE:   November 17, 1989

RE:     Firefighter L. M. Hartwell
        Disciplinary Action - Overweight


This is the first step in a three step disciplinary process to correct the problem with firefighters who are habitually overweight.

The first step is a five day recommendation for suspension.

The second step is a fifteen day recommendation for suspension.

The third step is a recommendation of termination of employment.

All employees have been found medically sound for this program and all programs in the fire service.


RWG:fb

Attachments

cc: Mr. Buckalew

MEMORANDUM

TO:     Fire Chief R. W. Grier

FROM:   Deputy Chief J.L. Fulmer

DATE:   November 9, 1989

RE:     Firefighter L. M. Hartwell
        Disciplinary Action

Firefighter L. M. Hartwell  had his body fat weight re-es-
tablished and was found  to  be  overweight.  His body fat
was 21.07.  This places  him 1.07 percent over his maximum
body fat percentage.

Firefighter Hartwell's body  fat  percent was less than 20
percent when he was weighed in October, 1989.

Firefighter Hartwell has been  told  that he must keep his
weight at or under his maximum at all times.

I am charging him  with  violation  of the following rules
and regulations:

ARTICLE XVI:

Section 652(b) -  Members shall devote proper attention to
the service: Not neglect  or  fail to perform any portion
of their duties  required  by  rule,  regulations,  order,
common  practice, or  the  necessities  of  the  situation
involved.

Section  658(a) - Members  shall:  Refrain  from  immoral
conduct, deception, violation  or  evasion of law or offi-
cial rule, regulation or order.

I am recommending that  he  be suspended for five calendar
days without pay.

JLF:fb

MEMORANDUM


TO:     Firefighter L. M. Hartwell

FROM:   Fire Chief R. W. Grier R.W.G.

DATE:   November 17, 1989

RE:     Disciplinary Action - Overweight


A policy has been established for weight control and
physical exercise in the Montgomery Fire Department. This
program has been scrutinized by medical, legal and physi-
cal fitness experts. The criteria has been found to be
sound and the policy very liberal.

Firefighter Hartwell, you are expected to conform to this
as well as all other policies of this organization. There
will be no exceptions. I am concurring with Deputy Chief
J. L. Fulmer's recommendation for suspension. You will
be suspended for five calendar days without pay.


RWG:fb

cc: District Chief K. W. Wallace
    Captain F. C. Sloan
    Lieutenant W. R. Headley
    File

*L. M. Hartwell 191 (6 8") (was 184 now)*

HUMAN PERFORMANCE LABORATORY

AUBURN UNIVERSITY AT MONTGOMERY

DR. HANK WILLIFORD, DIRECTOR

PHONE 271-9549

THE NAME IS
L M HARTWELL

THE DATE IS
11-30-94

THE WEIGHT IN KG IS
85.2817.11

THE WEIGHT IN POUNDS
188.6

THE AGE IS
25

THE BODY DENSITY IS
1.05861 07

THE WEIGHT IN WATER IS
5

THE RESIDUAL VOLUME IS
1.23

THE PERCENT FAT IS
21.137.6.7

THE POUNDS OF FAT ARE
39.7.54257

THE LEAN BODY MASS IS
148.754594

THE BODY FAT PERCENTAGE WAS COMPUTED BY HYDROSTATIC WEIGHING
- ERAGE VALUES FOR COLLEGE ARE MALES ARE 15%.
- ERAGE VALUES FOR COLLEGE AGE FEMALES ARE 23%.
IF THERE ARE ANY QUESTIONS PLEASE CONTACT THE HUMAN PERFORMANCE LABORATORY AT 271-9479
THE WEIGHT AT 20% FAT IS
185.963743

THE WEIGHT AT 24% FAT
195.769203

**TO:**    FIREFIGHTER L. M. HARTWELL

**Please be advised** that a hearing has been scheduled for the ___17th___ day of ___November___, ___1989___ at ___1100___ o'clock ___A___.M. at ___at the Fire Chief's Office___ before ___Fire Chief R. W. Grier___,

**for the purpose of considering your:**

[ ]  Demotion from _____ to _____

[ ]  Dismissal

[XX]  Suspension for ___five___ days

**as an employee of the** ___Montgomery Fire___ **Department upon the following grounds:** (use additional sheets as necessary)

See Attached Sheet

You may be present, if you desire, and be represented by an Attorney if you desire. You may respond in writing and/or orally at the time of the hearing. You may present any witnesses or evidence concerning the above grounds.

This hearing and action taken as a result of same, shall not affect your rights, if any, which you may have for appeal or review under any personnel regulations or statutes.

_J. R. Fulmer_
Appointing Authority

The above was read in full and a copy offered the employee on the ___14th___ day of ___November___, 19___89___.

THE EMPLOYEE:

✓Accepted a copy of same and acknowledged receipt thereof.

Accepted a copy but would not acknowledge receipt.

Refused to accept a copy.

Signed: _J. R. Fulmer_

Witness: _W H Sanqum_

I herewith acknowledge receipt of this notification of said charges and of the hearing thereon.

Employee: _Lee M. Hartwell_

FIREFIGHTER L. M. HARTWELL


In violation of the rules and regulations governing the Montgomery Fire Department:

ARTICLE XVI:

Section 652(b) - Members shall devote proper attention to the service: Not neglect or fail to perform any portion of their duties required by rule, regulation, order, common practice, or the necessities of the situation involved.

Section 658(a) - Members shall: Refrain from immoral conduct, deception, violation or evasion of law or official rule, regulation or order.

Also prior record considered.

MEMORANDUM

TO:     L.M. Hartwell, Firefighter

FROM:   K.W. Wallace, District Chief

DATE:   November 8, 1989

RE:   Overweight

You were weighed on the District scales and found to be
overweight.

You were then weighed on the official scales and found to
be overweight.  Your weight on the official scales was
   196   .  This is  12 lbs.  above your maximum weight.

You have been directed that you must keep your weight below
your maximum at all times.  You have failed to meet this
directive.

*He is on body fat program*

PAGE 18

PREPARED 9/12/89, PK685L    MERIT INCREASES BEGINING (9/15/89) ENDING 9/28/89 AND PAYABLE 10/06/89

DEPARTMENT: 64 00

| NAME | S.S. # | POSITION | CURRENT STEP | CURRENT RATE | OLD B/W | REVIEW DATE | PAY GRADE | NEW STEP | NEW RATE | SCH HRS | NEW B/W | ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARTWELL, LEE M | 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 | 08010 | 3 | 5.2378 | 15,706 | 9/14/90 | 241 | 04 | 5.4405 | A | | 16,314 |

THE EMPLOYEES WHOSE NAMES APPEAR ON THIS LIST WILL RECEIVE THEIR MERIT INCREASE/LONGEVITY INCREASE ON THE DATE INDICATED.

APPROVED:

SIGNATURE OF DEPARTMENT HEAD

DATE: 09-18-89
CC: PERSONNEL
    PAYROLL

FORM 10

Submit in Triplicate

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
### RECOMMENDATION FOR PERSONNEL ACTION

Department/Division _____ *Montgomery Fire Dept.* _____ *6400* _____ Date _*March 24, 1987*_

Name of Employee _____ *Lee M. Hartwell* _____ *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* _____ Effective Date *March 10, 1987*

Classification _____ *Firefighter* _____ Job Code _____ *8010*

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | | | |
|---|---|---|---|---|
| 1. Transfer within department............ ( ) | 9. Retirement........................ ( ) |
| 2. Transfer to another department......... ( ) | 10. Separation by death................. ( ) |
| 3. Demotion........................... ( ) | 11. Expiration of Temp. Apt.............. ( ) |
| 4. Layoff............................. ( ) | 12. Return LWOP...................... ( ) |
| 5. Dismissal.......................... ( ) | 13. Return from Military Lv.............. ( ) |
| 6. Leave without Pay................... ( ) | 14. Change in Name.................... ( ) |
| 7. Suspension........................ ( ) | 15. Change in Salary................... ( ) |
| 8. Resignation........................ ( ) | 16. *Status Change* ( X ) |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| **Department** (Items 1 & 2) | | |
| **Classification & Salary** (Items 1, 2, 3) | | |
| **Dates** (Items 6 & 7) | | |
| **Name** (Item 14) | | |
| **Amount** (Item 15) | | |
| **Other** (Item 16) | *Temporary* | *Permanent* |

If Action is Resignation or Layoff, is Reemployment Recommended?    Yes ( )    No ( )

Funds are available _____ *(signature)* _____ Date *3-24-87*
                                 Disbursing Officer

**Explanation and remarks (Give reason for any action which is not self-explanatory)**

*Completed Recruit School and Probationary Period*

(Signed)    1. _____    Date _____
                        Appointing Authority

2. _____    Date *March 24, 1987*
   *R.W. Grier, Fire Chief*

3. _____    Date _____

4. _____    Date *3-26-84*
                        Personnel Director

Form 300   419

FORM 5                                                                          Submit in Triplicate

### CITY AND COUNTY OF MONTGOMERY
### PERSONNEL DEPARTMENT
### PERSONNEL REQUISITION, CERTIFICATION, AND APPOINTMENT

**REQUISITION**
To: Personnel Department                                              Date _September 11, 1986_
    Please certify the names of persons eligible for the following position:

| Title | Compensation | Justification for additional step(s) | Temporary | Permanent |
|---|---|---|---|---|
| Firefighter | $13,145<br>504.09<br>4.3834 | | | |

(X) Replacement of _____ *Earl D. Wilson ( Resigned )* _____
(  ) New Position

Date _____   Signature _____
                                                    Appointing Authority

Funds are available ___*Dala T. Lane*___      Date _9/19/86_
                          Disbursing Officer

---

**CERTIFICATION TO:**

FIRE DEPARTMENT

---

In response to your request, the names of the following persons who are eligible for appointment are hereby certified. In making appointments, it is advisable, though not essential, that you interview all eligible persons certified.

| Name | Address | Phone | Age | Grade |
|---|---|---|---|---|
| Lee M. Hartwell | 701 Kimball Street | 264-2104 | 20 | Qualified |
| Kenneth L. Williams | 5053 Yellow Pine Drive | 281-7503 | 22 | Qualified |
| Rickey L. Corkren | 3902 Beardsley Drive | 272-4872 | 31 | Qualified |
| Dean A. Pearce | RT. 3, Country Club Apts #D Lanett, Alabama 36863 | N/A | 23 | Qualified |
| Jerome Wiley | 3357-D Gaston Avenue | 265-7340 | 25 | Qualified |

---

**APPOINTMENT**
TO: Personnel Department            From ___*Montgomery Fire Dept.*___
                                              Department

From the certification above, the following person has been appointed:

| Name | Effective Date | Temporary | Permanent |
|---|---|---|---|
| *Lee M. Hartwell* | 09-19-86 | X | |

Appointed by ___*Emory Folmar*___        Date **SEP 2 2 1986**
                    Appointing Authority

___*R W Grier*___                            Date _Sept. 17, 1986_
        Department Head

Approved by ___*Barbara M. Montoy*___      Date _9-22-86_
                    Personnel Director

# APPLICATION FOR EMPLOYMENT

"An Equal Opportunity Employer

**PERSONNEL DEPARTMENT**
City Hall
Montgomery, Alabama 36192

| | Accepted | Rejected |
|---|---|---|
| Citz | | |
| Ed. | | |
| Exp | | |
| Res. | | |
| Other | | |

**INSTRUCTIONS:**
ALL BLANKS MUST BE FILLED IN COMPLETELY

**Title of Position:** FiRe FighTeR

**Name:** (Type or print name)
Mr. ☑
Mrs.   LEE   MARViN   HARTWELL   Race **Black**   Age **20**
Miss        First        Middle        Last

**Address** _701  Kimball St.  Montgomery  AL  36108_   Tel. No. _264-2104_
          House No.   Street   City   State   Zip

How long have you lived in Alabama immediately prior to date of application _20_ Yr. _11_ Mo.

Are you a U.S. citizen? _yes_

Date of Birth _3/27/64_ _____ Place of Birth _Montgomery_ _____ _AL_
                                                    City          County      State

**PERSONAL DATA:** Height _5_ ft. _7_ in. Weight _155_ lbs. What is the condition of your health? _ExcELLent_

Marital Status: Single ☑; Married ☐; Divorced ☐; Widowed ☐; Number of dependents under 18. _0_

Do you have any physical handicaps? _NO_ . If so, attach a description to this application. Do you object to having

your present employer questioned about your work? _NO_ . Have you ever been discharged or forced to resign from a

position? _NO_ . If so, attach a complete explanation to this application. Have you ever been convicted of any

law violation other than a minor traffic violation? _NO_ If so, give name and location of court. date. nature

of charge and disposition. _____

SOCIAL SECURITY NO. _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_

| EDUCATION | | Circle Highest Grade you Completed | | | | | | | | | | | Date Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grammar and High School | G.E.D | 1 2 3 4 5 6 7 8 9 10 11 ⑫ | | | | | | | | | | | Aug 84 |
| College or University (name of schools) | | 1 2 3 4 5 6 7   Degrees | | | | | | | | | | | |
| N/A | | Major | | | | | | | | | | | |

| Business, Trade or Correspondence School | Length of Study | Courses Studied | Certificate/Diploma | Date Completed |
|---|---|---|---|---|
| EARLE C. CLEMENT Job Corp CEnTER. MORgAN FiEld, Ky 42437 | | DiESEl MEchANic | DiploMA | Feb 2, 198: |

List your professional certificate or license.

List three reliable persons, not relatives or employers, who know you well enough to give information about you:

| | Address | Occupation |
|---|---|---|
| Mr. JOE WARREN | RouTe 2  CalhouN, Ky  42327 | DiESEl MEchANic iNsTRucTo |
| Mrs. STiNsON | 706  Kimball St. | PolicE LAdy |
| Mrs. CARTER | 4100  BirmiNghAm Hy | SecRETARy |

Form 300-303

## WORK HISTORY

This section must be completed regardless of whether or not a resume' is attached.

Beginning with your PRESENT or most recent employment, list in REVERSE ORDER periods of employment. Each time your changed jobs or your title changed should be listed as a separate period. Give complete information, especially about the kind of work you did. (Use extra sheet if necessary). Applicant must be specific and accurate in stating their experience and training for this position. Copies of resume's or other documents become the property of the Personnel Dept. and cannot be returned.

EMPLOYMENT RECORD: List all employment.

| Employment Dates | Official Job Title and Description of Duties | Employer's Name and Address | Salary Received | Reason For Leaving |
|---|---|---|---|---|
| FROM 83 TO 85 TOTAL MOS. 16 | Diesel Mechanic Dozer frontend Loader scrape grader | Earle C. Clement Job Corp Center Morgan field, Ky 42437 | $41.00 every two week No. of Hours Worked per week 30 hrs | Finish the training |
| FROM 83 TO 83 TOTAL MOS. 3 | Maintonce | Montgomery housing Authority Bell St. | 3.35 No. of Hours Worked per week 30 hrs | Summer Program |
| FROM TO TOTAL MOS. | | | No. of Hours Worked per week | |
| FROM TO TOTAL MOS. | | | No. of Hours Worked per week | |
| FROM TO TOTAL MOS. | | | No. of Hours Worked per week | |
| FROM TO TOTAL MOS. | | | No. of Hours Worked per week | |
| FROM TO TOTAL MOS. | | | No. of Hours Worked per week | |

6. Show other experience by using additional sheets.

I hereby certify that all statements made hereon and attached hereto are true and correct to the best of my knowledge. Any false statement may be cause for denying me the right to examination or employment.

FORM 10                                                        Submit in Triplicate

# CITY AND COUNTY OF MONTGOMERY
## PERSONNEL DEPARTMENT
### RECOMMENDATION FOR PERSONNEL ACTION

Department __Sanitation__                                    Date __August 2, 1985__

Name of Employee __Lee M. Hartwell, SS# 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__        Effective Date __August 2, 1985__

Division __Public Works__ _____ Classification __(005003) Classified Laborer__

Item 2 requires the signature of both department heads.

Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

| | | |
|---|---|---|
| 1. Transfer within department. . . . . . . . . ( ) | 9. Retirement . . . . . . . . . . . . . . . . . ( ) |
| 2. Transfer to another department . . . . . . . ( ) | 10. Separation by death . . . . . . . . . . . . ( ) |
| 3. Demotion . . . . . . . . . . . . . . . . . . ( ) | 11. Expiration of Temp. Apt. . . . . . . . . ( ) |
| 4. Layoff. . . . . . . . . . . . . . . . . . . ( ) | 12. Return LWOP . . . . . . . . . . . . . . . ( ) |
| 5. Dismissal. . . . . . . . . . . . . . . . . . ( ) | 13. Return from Military Lv . . . . . . . . . ( ) |
| 6. Leave without Pay. . . . . . . . . . . . . . ( ) | 14. Change in Name . . . . . . . . . . . . . . ( ) |
| 7. Suspension . . . . . . . . . . . . . . . . . ( ) | 15. Change in Salary . . . . . . . . . . . . . ( ) |
| 8. Resignation. . See Attached . . . . . . . . (XX ) | 16. |

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (Items 1 & 2) | | |
| Classification & Salary (Items 1, 2, 3) | | |
| Dates (Items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | | |
| Other (Item 16) | | |

If Action is Resignation or Layoff, is Reemployment Recommended?  Yes ( )  No ( )

Funds are available __Hugh L. Austin__      Date __8-05-85__
                        Disbursing Officer

Explanation and remarks (Give reason for any action which is not self-explanatory)
See Form 100.

(Signed) 1. __Emory Folmar__       Date AUG 0 5 1985
            Appointing Authority

2. __Carl Henry__       Date __August 2, 1985__
Carl C. Henry, Sanitation Superintendent

3. _____       Date _____

4. __Barbara M. Montoya Kbc__       Date __8-6-85__
            Personnel Director

CITY OF MONTGOMERY
DEPARTMENT OF SANITATION
RESIGNATION / SUSPENSION

NAME *LEE M. HARTWELL*                    DATE *02 AUGUST 1985*

                                          CLASSIFICATION *LABORER*

(XX) THE ABOVE EMPLOYEE HAS HEREBY RESIGNED FROM THIS DEPARTMENT.

( ) THE ABOVE EMPLOYEE HAS HEREBY BEEN SUSPENDED FROM THIS DEPARTMENT FOR A
    PERIOD OF _____ WORKING DAYS.

PERIOD OF SUSPENSION:           SUSPENSION IS TO BEGIN_____

                                SUSPENSION WILL EXPIRE_____

REASON FOR              RESIGNATION:

    *LEE M. HARTWELL GAVE A WRITTEN NOTICE OF RESIGNATION FROM EMPLOYMENT WITH*

*THIS DEPARTMENT, EFFECTIVE 8-1-85, CITING PERSONAL REASONS.*

    *THIS IS ACCEPTED IN ACCORDANCE WITH CITY AND COUNTY PERSONNEL RULES AND*

*REGULATIONS, RULE 9, SECTION 1: RESIGNATION: ANY EMPLOYEE WISHING TO LEAVE THE*

*CLASSIFIED SERVICE IN GOOD STANDING, SHALL FILE WITH THE APPOINTING AUTHORITY,*

*AT LEAST ONE WEEK BEFORE LEAVING, A WRITTEN RESIGNATION STATING THE EFFECTIVE*

*DATE OF THE RESIGNATION AND THE REASON FOR LEAVING.  SUCH NOTICE SHALL BE*

*PROMPTLY REPORTED TO THE PERSONNEL DIRECTOR.*

SUPERVISOR, B. R. TURNER

8-2-95

I, Lee M. Hartwell, resign
my job with the Sanitation
Department, effective 8-2-95 due
to Personal Reasons.

Lee M. Hartwell

Harold Bork

S.K. Robinson
Safety Director

FORM 4

# CITY AND COUNTY OF MONTGOMERY

## PERSONNEL DEPARTMENT

SOCIAL SECURITY NUMBER  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

### LABOR SERVICE

APPOINTMENT OF CLASSIFIED LABORER

TO:  PERSONNEL DEPARTMENT        FROM:  _SANITATION DEPARTMENT_

_____ DEPARTMENT

The following person has been appointed: Replacement of Myles McWhorter

| NAME | EFFECTIVE DATE | TEMPORARY | PERMANENT |
|------|----------------|-----------|-----------|
| Lee M. Hartwell | 7-16-85 | | X |

Rate of Pay  $4.4069/hr.

Appointed by _____ DATE  JUL 11 1985
                     Appointing Authority

_____  Date  7-8-85
        Department Head

Funds are Available _____  Date  7-10-85
                          Disbursing Officer

Approved _____  Date  7-11-85
             Personnel Director

The period of employment of a seasonal or temporary laborer shall not exceed four (4) consecutive months or six (6) months in any twelve month period. After two (2) months of satisfactory employment, a laborer hired on a permanent basis shall have permanent status in the classified service.

REPLACEMENT FOR:

FORM 8

SUBMIT ONE COPY WITH FORM 9

CITY AND COUNTY OF MONTGOMERY
*"AN EQUAL OPPORTUNITY EMPLOYMENT"*
PERSONNEL DEPARTMENT

## WORK HISTORY FORM

POSITION __Laborer_____ DEPARTMENT __Sanitation_____ DATE __7-16-85__

NAME __Lee M. Hartwell_____ SEX __Male__ RACE __Black_____ AGE __21__

SOCIAL SECURITY NO. __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_____

ADDRESS __701 Kimball St. Montg. Ala._____ TELEPHONE NO. __264-2104__

DATE OF BIRTH __3-27-64_____ HEIGHT __5'7"__ WEIGHT __165 lbs.__ HEALTH __Good__

DO YOU HAVE ANY PHYSICAL HANDICAPS?   IF SO, GIVE DETAILS __No_____

CIRCLE HIGHEST GRADE COMPLETED IN SCHOOL  1  2  3  4  5  6  7  8  9  10  11 (12)  College (   ) yrs.

Beginning with your PRESENT employment, list in REVERSE ORDER periods of employment. Each time you left the CITY or COUNTY and returned should be listed as a separate period.

| PRESENT EMPLOYMENT | DEPARTMENT | EMPLOYMENT BEGAN | EMPLOYMENT ENDED | WORKED HOW LONG |
|---|---|---|---|---|
| City of Montgomery | Sanitation | 7-16-85 | | |
| Central Alabama Roofing & Metal Co. | Roof Repair | 3-01-85 | 7-08-85 | 4 months |
| Job Corp. | (School) | 10-18-83 | 2-27-85 | 16 months |
| Montg. Housing Authority | Maintenance | 6-83 | 8-83 | 2 months |