IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEE HARTWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv518-MHT |
| ) | |
| THE CITY OF MONTGOMERY, ) | |
| ALABAMA, and PERSONNEL ) | |
| BOARD OF THE CITY AND ) | |
| COUNTY OF MONTGOMERY, ) | |
| ALABAMA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that the motion for summary judgment (doc. no. 14) is set for submission, without oral argument, on January 26, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 9th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE