



EXH

SEE

OF TRANSCRIPT

PLAINTIFF'S EXHIBIT 2