Montgomery Fire Department
Employee Appraisal Review Record



PLAINTIFF'S
EXHIBIT
3

EMPLOYEE: L.M. Hartwell

POSITION: Sergeant

SUPERVISOR: K.D. Gordon, Sr.

DEPARTMENT: Fire

DATE OF COUNSELING: May 29, 2003

REASON FOR COUNSELING: (Description of performance or conduct - give specific facts, background, dates and times)

On May 19, 2003 Station 16 had their monthly inspection by District Chief Gordon. The station was obviously not ready for inspection. The station personnel had plenty of notification and time to have the station ready for inspection. This shows a disregard for station maintenance and will not be tolerated. The station had to be reinspected in March and in April of 2003. The District Chiefs did not fail the station, they gave them three more days to clean the station before being reinspected. This has become a habit and it will not continue. If station 16 fails another inspection or has to be reinspected because it is not ready, further corrective action will be forthcoming.

_____
Supervisor Signature

May 29, 2003
Date

My signature indicates that the above matters were discussed with me on and I have received a copy of this form.

_____
Employee Signature

5 29 03
Month / Day / Year

Attach Additional Sheets as Required

Form 30B
11/14/2002