PER.FORM 30
Revised 11/1/02

# EMPLOYEE COUNSELING RECORD

**EMPLOYEE:** _L.M. Hartwell_          **POSITION:** _Sergeant_

**SUPERVISOR:** _K.D. Gordon, Sr._          **DEPT:** _Fire_

**DATE OF COUNSELING:** _June 1,, 2003_

**REASON FOR COUNSELING:** (Description of performance or conduct - give specific facts, background information, dates and times)

On May 29, 2003 A-Shift personnel at Station 16 were being counseled using a form 30b. After being counseled each individual was directed to sign the form. Sergeant L.M. Hartwell refused to sign the form. He was given an order to sign the form and he refused. He was asked if he understands, he is being given an order. He stated," Yes and I am not signing. Sgt Hartwell violated the following rules. Section 1100 a), Section 1101 e) g) t), Section 1102 i), and Section 1103 a), g).

Employee's response:

If corrective action is required please specify the nature of the action to be taken by employee and the consequence of further infractions:

_(signature)_
_____          _June 01, 2003_
Supervisor                                      Date

My signature indicates that the above matters were discussed with me on _____

and that I received a copy of this form.                          (Month  Day Year)

_____
Employee Signature

This will certify that _L.M. Hartwell_ was offered a copy of this form but refused to sign the Employee Counseling Record.

_(signature)_
_____
Supervisor Signature

PLAINTIFF'S EXHIBIT
4

ATTACH ADDITIONAL SHEETS AS REQUIRED