PLAINTIFF'S
EXHIBIT
5

TO:        K.D. Gordon, District Fire Chief *7 (.? c*

FROM:     E.L. Stephens, Lieutenant

DATE:     August 07, 2005

RE:        Incident Pertaining To Sgt. Hartwell

Sir:

On the morning of August 04, 2005 I overheard someone asking Sgt. Hartwell was he working overtime, and he stated that he didn't feel like it. At that time I asked him to think about it, because the work schedule for that day was light. He advised me that he was feeling dehydrated." Then I stated to him that I thought you were going to work and fellowship with me today".

He later agreed to stay and work. About 0845 Lt. Borntrager called and told me to report to drill in the AM instead of PM. We went to drill, and then returned to the station. While loading the hose I noticed Sgt. Hartwell sweating profusely around his fore head. He stated that he was hot.

After the hose was loaded we took a break and began to prepare for lunch. Sgt. Hartwell and I ate bologna from the freezer. Then C-32 arrived at the station around 1200 and Capt. Burkett told me to send Sgt. Hartwell to T-45. He went to the dorm and began packing. I later went to the back and he told me that the bologna was making him sick and he needed to go home. I advised him to let Captain Burkett know.

I didn't get sick from the bologna, but it made my stomach start cramping.


Respectfully

*Eddie L Stephens*

Eddie L. Stephens, Lieutenant
Station 13, District II