## MEMORANDUM



PLAINTIFF'S EXHIBIT 6

TO:      All Fire Department Personnel

FROM:    Deputy Fire Chief M. Jordan   M.J.

**MASTER LETTER FILE #1 - 5**

RE:      Use of Paid Sick Leave

Paid sick leave is a benefit granted to employees by the City of Montgomery. Sick leave is provided to continue the salary of eligible employees who are absent from work due to illness or injury.

Paid sick leave may also be used for the care of an ill or injured immediate family or household member. When an employee is unable to perform his / her job duties due to illness or injury, the employee shall devote his / her full attention to recovery and shall **not engage in any activity that might aggravate or prolong the illness or injury. With the exception of permission from the Deputy Fire Chief, an employee shall remain at home for the duration of the illness or injury except to the extent necessary to attend an appointment with a physician, obtain medication or therapy treatment.** If an individual is absent from duty two consecutive shifts on paid sick leave, that employee shall not work his / her part-time job or other activities before returning to duty with the Fire Department.

To receive paid sick leave a member must notify his / her district and company supervisor that he / she will be absent from work due to illness or injury prior to the beginning of his / her scheduled workday (no later than 7:30 a.m.). If it becomes necessary for a supervisor to contact you while on paid sick leave, it is your responsibility to have your current home phone number and address available at your assigned workstation. Answering machines or paging devices are not considered a means of contact.

If an employee is on paid sick leave prior to a schedule vacation, the employee **will be** required to work one full shift before vacation leave (annual leave) will be granted.

At the discretion of a company office or district supervisor a physician excuse may be required from an employee using paid sick leave. When an employee is absent from duty for a prolonged length of time due to illness, fractures, surgery, etc., he / she will be required to submit a return to full duty excuse from his / her physician before returning to duty.

MJ/sh

*August 8, 2001*