PER.FORM 30
Revised 11/1/02

PLAINTIFF'S EXHIBIT 7

# EMPLOYEE COUNSELING RECORD

EMPLOYEE: L.M. Hartwell        POSITION: Sergeant

SUPERVISOR: K.D. Gordon, Sr.        DEPT: Fire

DATE OF COUNSELING: August 9, 2005

REASON FOR COUNSELING: (Description of performance or conduct - give specific facts, background information, dates and times)

> On August 4, 2005 Sergeant Hartwell demanded to go home from work because he was sick. After leaving it came into question if he was sick or not. On August 7, 2005 he stated he had gone to Pri-Med when he left work on August 4, 2005. I directed him to go and get an excuse and it would resolve the question of him being sick. He refused stating, " he had been advised not to, I was not on sick leave because it was not my regular shift so I do not have to bring one" Sergeant Hartwell willfully violated Section1103 g of the Rules and Regulation Stating: Neglect or refuse to perform any duty or refuse to obey any order of a superior officers pertaining to the department.
> SEE ATTACHED LETTER

Employee's response:

If corrective action is required please specify the nature of the action to be taken by employee and the consequence of further infractions:

_Kelly D. Gordon_
Supervisor

August 09, 2005
Date

My signature indicates that the above matters were discussed with me on _____
(Month Day Year)
and that I received a copy of this form.

_____
Employee Signature

This will certify that _L.M. Hartwell_ was offered a copy of this form but refused to sign the Employee Counseling Record.

_Kelly D. Gordon_
Supervisor Signature

ATTACH ADDITIONAL SHEETS AS REQUIRED