PLAINTIFF'S EXHIBIT 8

PER.FORM 30
Revised 11/1/02

# EMPLOYEE COUNSELING RECORD

EMPLOYEE: L.M. Hartwell         POSITION: Sergeant

SUPERVISOR: K.D. Gordon, Sr.    DEPT: Fire

DATE OF COUNSELING: August 18, 2005

REASON FOR COUNSELING: (Description of performance or conduct - give specific facts, background information, dates and times)

> On August 16, 2005 Sergeant L.M. Hartwell sent a sealed hand mail envelope to A/C Walker without following the chain of command. Sgt. Hartwell violated Article XI Rules and Regulation all Members Section 1101, Members shall adhere to the Chain of Command.
>
> SEE ATTACHED LETTER

Employee's response:

If corrective action is required please specify the nature of the action to be taken by employee and the consequence of further infractions:

_____        August 18, 2005
Supervisor                              Date

My signature indicates that the above matters were discussed with me on _____ (Month Day Year) and that I received a copy of this form.

_____
Employee Signature

This will certify that _L.M. Hartwell_ was offered a copy of this form but refused to sign the Employee Counseling Record.

_____
Supervisor Signature

ATTACH ADDITIONAL SHEETS AS REQUIRED