PLAINTIFF'S EXHIBIT 9

## INTERDEPARTMENTAL COMMUNICATIONS

Sec. 963, <u>Proper Interdepartmental Communication:</u>

TO:     James O. Smith, District Chief

FROM:   William A. Ross, Firefighter

DATE:   January 1, 1992

RE:     Proper Interdepartmental Communication form letter

Sir:

All interdepartmental communications are to be one copy, typed using single spacing and on one side only.

Write about one subject per letter. Be brief and to the point. Use no abbreviations. Use block style form (no paragraph indentions, complimentary close at left hand margin).

The complimentary close should be "Respectfully". Sign your name using first name, middle initial, and last name. You should also include your rank, station and division to which you are assigned.

Forward promptly via chain of command (from your Officer to you District Chief, etc.) address to the person and station number.

Respectfully,


William A. Ross, Firefighter
Station 20, District III


Sec. 964, **All other Information:** Information not pertaining to fires or other emergencies shall be approved by the Fire Chief of the Department through the proper channels, before release to any news media.

Sec. 965, Any correspondence written on City Letterhead Stationery must be approved by the Fire Chief's Office.

86.