PER.FORM 30
Revised 11/1/02

**PLAINTIFF'S EXHIBIT 10**

# EMPLOYEE COUNSELING RECORD

EMPLOYEE: L.M. Hartwell          POSITION: Sergeant

SUPERVISOR: K.D. Gordon, Sr.      DEPT: Fire

DATE OF COUNSELING: August 18, 2005

REASON FOR COUNSELING: (Description of performance or conduct - give specific facts, background information, dates and times)

> On August 16 Sergeant Hartwell turned in a letter charging D/C Gordon with specific allegations of being bias towards him for over 3 years. This is untrue and there is no evidence to support his allegations. Sergeant Hartwell is being charge with violating Montgomery Fire Department Rules and Regulation Section 1101 Members shall refrain from making false statements. Sergeant Hartwell has made statements against other officers and they have been found to be without merit
>
> See attached Letters

Employee's response:

If corrective action is required please specify the nature of the action to be taken by employee and the consequence of further infractions:

_____  _____ 8-25-05 _____
Supervisor                      Date

My signature indicates that the above matters were discussed with me on _____
(Month Day Year)
and that I received a copy of this form.

_____
Employee Signature

This will certify that _L.M. Hartwell_ was offered a copy of this form but refused to sign the Employee Counseling Record.

_____
Supervisor Signature

ATTACH ADDITIONAL SHEETS AS REQUIRED