**PLAINTIFF'S EXHIBIT**
11

1

```
 1            CITY-COUNTY OF MONTGOMERY
 2            PERSONNEL BOARD HEARING
 3
 4
 5   IN RE APPEAL HEARING FOR:
 6      L. M. HARTWELL,
 7         Employee.
 8   _____
 9            CITY-COUNTY OF MONTGOMERY
10            PERSONNEL DEPARTMENT
11            27 Madison Avenue,
12            Montgomery, Alabama   36101
13            March 14, 2006
14            5 p.m.
15
16   BEFORE THE PERSONNEL BOARD:
17   Benita Froemming, Chairman
18   Charles B. Paterson
19   Johnny Baker
20
21
22
23   Taken by:   SELAH M. DRYER, CSR
```



COPY

1  sergeant has?
2      A.    No, sir.
3      Q.    So if I understand it right,
4  he's been charged with refusing to obey an
5  order?
6      A.    Yes, sir.
7      Q.    With being disrespectful to a
8  superior?
9      A.    That's correct.
10     Q.    Violating the chain of
11 command?
12     A.    Yes, sir.
13     Q.    And making untrue and false
14 accusations against a superior officer?
15     A.    That's correct.
16     Q.    I'm going to show you a
17 document that I believe was attached to
18 one of the charging documents that you
19 prepared.  I've marked this as No. 1 on
20 the top corner, Exhibit 1.  Is that the
21 document that you attached to the charging
22 documents in this case?
23           (WHEREUPON, a document was