1

```
 1        CITY-COUNTY OF MONTGOMERY
 2        PERSONNEL BOARD HEARING
 3
 4
 5   IN RE APPEAL HEARING FOR:
 6      L. M. HARTWELL,
 7        Employee.
 8   _____
 9         CITY-COUNTY OF MONTGOMERY
10           PERSONNEL DEPARTMENT
11            27 Madison Avenue,
12        Montgomery, Alabama   36101
13              March 14, 2006
14                 5 p.m.
15
16   BEFORE THE PERSONNEL BOARD:
17   Benita Froemming, Chairman
18   Charles B. Paterson
19   Johnny Baker
20
21
22
23   Taken by:   SELAH M. DRYER, CSR
```

PLAINTIFF'S EXHIBIT 12



Q.    He was not his chief. He stayed on in the morning to handle a problem that he perceived was Hartwell -- and Hartwell wasn't even working under him that day -- Hartwell had another district chief. Kelley Gordon was on the shift before.

A.    Kelley Gordon, the shift that he worked overtime on, was Kelley Gordon's shift. He was not on Kelley Gordon's shift. -- Sergeant Hartwell was not.

Q.    But isn't it true that Kelley Gordon stayed late after his duty hours and kept Hartwell after the duty hours so he could deal with him on a circumstance when he was not his district chief.

A.    Well, actually he is the district chief because he was district chief of that district.

Q.    Well, don't you have one for each shift?

A.    That's correct.

Q.    And wouldn't that be the

proper chain of command?

A. It was a captain working that day, August 4th.

Q. Okay. But there was also a different district chief for that day, for that shift other than Kelley Gordon.

A. A captain was working that day as district supervisor.

Q. Because the district chief that should have been there was off?

A. That's correct. Which was Gordon.

Q. Kelley Gordon was on the shift before, stayed late to discipline him on this issue concerning the sick leave.

A. Yes, sir.

Q. Now, as far as the Confederate flag, this is what the insignia looks like that the city has now for the Fire Department, isn't it?

A. That's correct.

Q. What this is would be a firefighter's because it's silver. What