TESTIMONY AND PROCEEDINGS                September 29, 2005
IN RE: SERGEANT L. M. HARTWELL

Page 1



PLAINTIFF'S
EXHIBIT
13

BEFORE THE

CITY OF MONTGOMERY FIRE DEPARTMENT

DISCIPLINARY REVIEW BOARD

MONTGOMERY, ALABAMA

IN RE:   SERGEANT L. M. HARTWELL

* * * * * * * * * *

TESTIMONY AND PROCEEDINGS taken before

the Montgomery Fire Department Disciplinary

Review Board, at Montgomery City Hall, 14 Madison

Avenue, Montgomery, Alabama, on Thursday,

September 29, 2005, commencing at approximately

9:10 a.m., and reported by Mallory N. McCutchin,

Court Reporter and Commissioner for the State of

Alabama at Large.

* * * * * * * * * *

TESTIMONY AND PROCEEDINGS                September 29, 2005
IN RE: SERGEANT L. M. HARTWELL

| Page 14 | Page 16 |
|---|---|
| 1  and the assurance that those orders are | 1  do you have any questions for Chief Walker |
| 2  carried out. | 2  prior to this witness entering the room? |
| 3      Sergeant Hartwell, in the absence of his | 3      CHIEF YELDER: No. |
| 4  company officer, for instance, when the | 4      CHIEF DAVIS: Chief Bolling? |
| 5  officer is on vacation, sick leave, or | 5      CHIEF BOLLING: No, sir. No. |
| 6  detailed to another station for a period of | 6      CHIEF DAVIS: Captain Sambor, if you |
| 7  time, will find himself, Sergeant Hartwell, | 7  will bring Chief Gordon in, please. |
| 8  assuming the role of a company officer, | 8      CHIEF BOLLING: Just for the record, |
| 9  giving orders and making sure they are being | 9  also, I don't think it really matters; but I |
| 10  carried out. When Sergeant Hartwell refuses | 10  think Chief Walker, when he started off, he |
| 11  to carry out orders given by his company | 11  addressed Sergeant Hartwell as Lieutenant |
| 12  officers and district chiefs, I'm convinced | 12  Hartwell. Did you catch that? Okay. I |
| 13  that as a working supervisor, he will be | 13  guess it really matters. |
| 14  ineffective in giving orders in that role, | 14      CHIEF DAVIS: For the record, it is |
| 15  jeopardizing the lives of firefighters and | 15  Sergeant Hartwell. |
| 16  citizens of Montgomery when engaged in | 16      CHIEF BOLLING: Yeah. I think he first |
| 17  emergency situations. | 17  started off Lieutenant Hartwell. Then when |
| 18      After reviewing all the documents and | 18  he started reading, he said Sergeant |
| 19  going through extensive interviews with | 19  Hartwell. |
| 20  District Chief Gordon and others, I am | 20      (Chief Gordon now present) |
| 21  recommending Sergeant Lee Marvin Hartwell be | 21      CHIEF DAVIS: Chief Gordon, remember |
| 22  demoted from Sergeant/Engineer to | 22  that you are under oath. And I would remind |
| 23  Firefighter. And I close by saying, Your | 23  you to speak up. I would remind you to speak |

| Page 15 | Page 17 |
|---|---|
| 1  attention to this recommendation is greatly | 1  up because of the air conditioner. |
| 2  appreciated; if I can assist you further in | 2      CHIEF GORDON: Yes, sir. |
| 3  this matter, to please let me know. | 3      CHIEF DAVIS: Chief Walker. |
| 4      That is my recommendation letter and the | 4      CHIEF WALKER: Chief Gordon, I do have a |
| 5  charges of Sergeant Hartwell to Deputy Chief | 5  couple of questions to ask of you. And the |
| 6  Jordan. | 6  reason for these questions is to perhaps get |
| 7      CHIEF DAVIS: Okay. And just for the | 7  the Board to -- to see the big picture in all |
| 8  record, the letter that Chief Walker just | 8  of this and how this situation got -- has |
| 9  read is marked as Plaintiff's Exhibit #1. | 9  gotten to this point. |
| 10      Chief Walker, do you have anything else | 10      First question is on August 7th, do you |
| 11  you would like to add before questioning your | 11  recall approaching Sergeant Hartwell |
| 12  witness? | 12  concerning him going on sick leave on August |
| 13      CHIEF WALKER: I would just like to | 13  4th? |
| 14  request that the Board take a good look at | 14      CHIEF GORDON: Actually, what happened |
| 15  the evidence that has been presented and the | 15  was I notified his officer, which was Captain |
| 16  testimony of witnesses that will be given and | 16  Wallace, that I needed to talk with him as |
| 17  make an honest and sincere effort -- and I | 17  well as Sergeant Hartwell in conference in -- |
| 18  think you will -- to find that these charges | 18  in Captain Wallace's office. |
| 19  are to be sustained. | 19      CHIEF WALKER: Is Sergeant Hartwell on |
| 20      CHIEF DAVIS: Anything further before | 20  your shift? |
| 21  your witness? | 21      CHIEF GORDON: No, sir. Sergeant |
| 22      CHIEF WALKER: No, sir. | 22  Hartwell is on C shift, and I'm on A shift. |
| 23      THE COURT: Chief Yelder, at this point, | 23      CHIEF WALKER: So you came in to |

bdb22ab2-7678-46a4-b29e-db6b2a98cd40