PLAINTIFF'S EXHIBIT 14

CITY-COUNTY OF MONTGOMERY

PERSONNEL BOARD HEARING

IN RE APPEAL HEARING FOR:

L. M. HARTWELL,

Employee.

---

CITY-COUNTY OF MONTGOMERY

PERSONNEL DEPARTMENT

27 Madison Avenue,

Montgomery, Alabama 36101

March 14, 2006

5 p.m.

BEFORE THE PERSONNEL BOARD:

Benita Froemming, Chairman

Charles B. Paterson

Johnny Baker

Taken by: SELAH M. DRYER, CSR



Q. The memos that Hartwell sent up the chain to you -- you testified in the Mayor's Hearing that they should not have been addressed to you; is that correct?

A. Yes.

Q. They should have been addressed to his company officer rather than to you?

A. Yes.

Q. How does that purport with this policy saying that they should be addressed to the person and the station number that you are sending them to? So if he wants to get a memo to a District Chief, he's not to address it to the District Chief, he's to address it to his company officer. Is that what your testimony is?

A. Yes.

Q. How does that add up with the department's policy that shows right here the example is from William A. Ross,


Firefighter, to James O. Smith, District Chief?

A. Because that's not common practice.

Q. It's the policy.

A. But the district chiefs and firefighters have been instructed as to the proper chain of command for the heading of a letter.

Q. But this right here is the interdepartmental communications policy Section 963 Proper Interdepartmental Communication.

A. 1992.

Q. Exactly. That's the one. And I asked you and you checked your file to make sure it was right, didn't you?

A. Yes.

Q. And it was right. This is the policy and it shows directly from a firefighter to a district chief.

A. Yes.

MR. BRANNAN: We move to