TO: W.E. Young, District Chief

FROM: D.M. Adams, Firefighter

DATE: July 17, 2002

RE: Meeting with Mayor Bright

**PLAINTIFF'S EXHIBIT 15**

Sir:

On June 13, 2002 I turned in a letter filing a grievance pertaining to the Sergeants examination. This letter was instrumental in starting an investigation into the allegations of cheating on the test. When the test results came out July 11, 2002. It was obvious that the investigation was over. On July 11, 2002 I turned in a letter to D/C W.E. Young requesting to see Chief McKee in regards to my grievance. Instead of seeing Chief McKee I was directed to Assistant Chief W.D. Davis. Assistant Chief Davis was unable to answer some of my concerns. Assistant Chief Davis stated he would set up a meeting between Deputy Chief Jordan and I. The following morning D/C Young called me and stated that Deputy Chief Jordan and Chief McKee had refused to see me regarding the Sergeants examination.

I am requesting your assistance in my request to have a meeting with Mayor Bright. I am requesting your guidance in the proper procedure in obtaining this meeting. Your consideration in this request is greatly appreciated.

Respectfully,

D.M. Adams, Firefighter
District II, Station 3

TO: M. H. Stoudenmier, District Chief

FROM: K. T. Nichols, Firefighter

DATE: December 7, 2002

RE: Incident with Firefighter J. A. Palmer

Sir:

On November 25, 2002 Firefighter J. A. Palmer had ask Lieutenant R. R. Reeves to speak to Assistant Chief C. E. Walker and Lieutenant R. R. Reeves told him no. Then Firefighter J. A. Palmer asks again and Lieutenant told him no again. So, then Firefighter J. A. Palmer asked why that he could not call Assistant Chief C. E. Walker. I felt that Firefighter J. A. Palmer really did nothing wrong.

Respectfully

K. T. Nichols, Firefighter
Station 12, District III

TO:     K.D.Gordon, Captain

FROM:   S.D.Wooten, Firefighter

DATE:   December 7, 2002

RE:     Lieutenant Reeves and Firefighter J.A.Palmer

Sir:

On November 25, 2002 I remember Firefighter J.A.Palmer asking Lt.Reeves if he could call his District Chief. Lieutenant Reeves denied his request. I do not remember any other specific statements made by either person.

Respectfully,

*Scotty Wooten*

Scotty D.Wooten, Firefighter
Station 3, District II

*KB*

TO: K.D. Gordon, Captain

FROM: A.M. Wilson, Firefighter

DATE: December 7, 2002

RE: Incident on the morning of November 25

Sir:

On the above date, I, A.M. Wilson reported to Station Three for my normal duty. We had roll call at 0755 hours. During roll call, F/F Palmer wanted to talk to Chief Bolling to discuss issues discussed at roll call. Lieutenant Reeves told F/F Palmer not to call Chief Bolling. Weather he did or not, I do not know. After roll call, I went to the engine room to check off the apparatus.

Respectfully,

*A.M. Wilson*

A.M. Wilson, Firefighter
District II, Station Three

*KB*

## MEMORANDUM

TO: Deputy Fire Chief M. Jordan

FROM: Firefighter R. L. Rainer

DATE: February 14, 2003

RE: Suspension

Sir,

I do no wish to appeal my recommended suspension to the review board. I accept the charges and twenty-nine day suspension recommended by Assistant Chief C. E. Walker.

*R. L. Rainer*
R. L. Rainer, Firefighter
Station 14, District III

TO:          K. Bolling, District Chief

FROM:     C. D. Lindsey, Firefighter

DATE:      December 9, 2002

RE:          Incident on Nov. 25, 2002

Sir,

On this date during roll call, Firefighter Palmer asked Lt. Reeves for permission to call 23. Lt Reeves denied his request and told him to put his request in writing and submit it for Captain Gordon's approval. Firefighter Palmer pressed the issue, again requesting permission to call 23. He was denied a second time. I stepped out of the watch shack before the issue was resolved.

Respectfully,

*[signature]*

C. D. Lindsey, Firefighter
Station 3, District III

*KB*

To: M. Jordan, Deputy Chief

From: D. G. Sambor, Captain
Internal Affairs

Date: January 9, 2003

Re: Firefighter Robert Rainer

Upon your orders on January 9, 2003 I located Doctor Taylor to authenticate the documents that were produced by Firefighter Rainer on 12/30/02 and 1/2/03. Doctor Taylor reviewed the return to work documents dated 1-2-03 and 12-30-02 that were given to the Fire Department by Firefighter Rainer. Doctor Taylor stated that the documents were not authentic. Doctor Taylor informed me that the last time Robert Rainer was examined by him was September 11, 2001. Doctor Taylor did sign a return to work form that indicated that Firefighter Rainer could return to work on September 18, 2001. Doctor Taylor signed the original document on September 11, 2001. Doctor Taylor does not wish to pursue any criminal charges against Firefighter Rainer.

Doctor Taylor allowed me to obtain the return to work document that he originally provided to Robert Rainer. The original return to work document along with Doctor Taylor's business card is attached to this letter.

On January 14, 2003 I obtained a statement from Firefighter Rainer in the Internal Affairs Office. During the statement I questioned Firefighter Rainer about the return to work documents. Firefighter Rainer admitted in a taped statement that he falsified the documents. Firefighter Rainer stated that he obtained a copy of the original document and changed the date to 12/30/02 using liquid paper. Firefighter Rainer stated that the second document dated 1/2/03 was a blank that he received from a friend. The friend traced the second document dated 1/2/03 from the copy dated 12/30/02.

It is clear that Firefighter Rainer did falsify produce two Doctor excuses and freely admits to that fact. It is also clear that Firefighter Rainer was ordered by his supervisors to produce these doctor excuses. This matter is being turned over to you for your review.

To:     M. Jordan, Deputy Chief

From:   G. C. Cremeens, Lieutenant *GCC,*

Date:   April 21, 2004

Re:     Actions on the morning of April 21, 2004

Sir;

On the above date I left City Hall at approximately 0920 in route to the Montgomery Police Department head quarters. I drove east on Madison Ave to Ripley St. After meeting with a detective I left at approximately 0945 in route to Training on Court St. I drove west down Jefferson St. to Court St. I left training at approximately 1000 in route to the Montgomery County Sheriff's Department on Perry St. I drove south on Court St. to Madison Ave. I drove east on Madison Ave and turned south onto Hull St. I drove down Hull St. I turned north onto Perry St. and continued to The Sheriffs Department I left at approximately 1020 in route to the city lot to meet with a detective at the City Forensics Lab. I drove north on Perry St to Madison Ave. and turned east onto Madison and traveled to Perry St. I turned north on Perry St and proceeded to the city lot. I left the lab at approximately 1050 heading to Station #2. I proceeded south on Ripley St to Madison Ave. I traveled west on Madison Ave. to Bibb St. and took a left onto Whitman. I went south on Whitman to Clayton St. I turned west onto Clayton and proceeded to the rear of Station #2. I realized the personnel were having school so I left within approximately five minutes. I left heading towards the south side of town. I took Mildred St. to Court St and was called and told to report downtown.

TO:     K. Bolling, District Chief

FROM:   J. A. Palmer, Firefighter

DATE:   December 9, 2002

RE:     Roll Call

Sir:
On that morning after the reading of the journal I asked Lt. Reeves if he would call,
And see if you could setup another appointment for me to see Chief Walker.
Lieutenant Reeves responded with the statement, You don't want to go there.
At that time I ask if he would give me permission to call. He denied my request and I said alright. I did not intend to be disrespectful and don't feel that I was. An officer must also Realize that his character is accurately reflected in the personnel under his command and Supervision, and must also bear in mind that courtesy in the intercourse between superior and subordinate is productive of mutual confidence and respect. No disrespect intended. Reason for permission to talk to Chief Walker once again to request transfer.

Respectfully,

*J. A. Palmer*

J. A. Palmer, Firefighter
Station 3, District II

*KB*

TO: Milford Jordan, Deputy Chief

FROM: A.C. Gibson, Sergeant

DATE: May 23, 2003

RE: Suspension

Sir,

I accept Assistant Chief Walker's recommendation for 5 days suspension without pay.

Respectfully,

*[signature]*

A.C. Gibson, Sergeant
Truck 46, District II