1


PLAINTIFF'S EXHIBIT 16

```
 1            CITY-COUNTY OF MONTGOMERY
 2              PERSONNEL BOARD HEARING
 3
 4
 5   IN RE APPEAL HEARING FOR:
 6     L. M. HARTWELL,
 7       Employee.
 8   _____
 9            CITY-COUNTY OF MONTGOMERY
10              PERSONNEL DEPARTMENT
11              27 Madison Avenue,
12           Montgomery, Alabama   36101
13                March 14, 2006
14                   5 p.m.
15
16   BEFORE THE PERSONNEL BOARD:
17   Benita Froemming, Chairman
18   Charles B. Paterson
19   Johnny Baker
20
21
22
23   Taken by:   SELAH M. DRYER, CSR
```

COPY

Chief or any higher ranking person without first going through his company officer.

Q. Did it come directly to you or did it come up through the ranks?

A. My understanding is that it came directly to me. Now, he may have -- he may have distributed some other letters, but it was sealed to me.

Q. I see. What's the proper procedure? If Sergeant Hartwell wants to get communication to you, what's proper procedure for that?

A. He starts first with his immediate supervisor, which would be his company officer.

Q. That would be a lieutenant or captain?

A. Yes, sir.

Q. Is it normal for that to get passed up through the chain of command to you through those officers?

A. Yes, sir, it is possible. Going back I did find his communications

to me. And I believe the way it went is that he wanted to handmail me a letter. The letter was brought into question by the District Chief because his company officer gave it to the District Chief to bring downtown to me. The District Chief questioned that letter as to whether or not the Captain knew the contents of it and did he actually permit it or sign off on it. The captain's response was basically no, I did not sign off on the letter and I basically did not give him permission. And I believe how it went then is that the District Chief, Kelley Gordon, told the Captain to open the handmail envelope, read the contents, and then sign off on it. That was done and then the District Chief allowed that handmail to come to me.

Q.   Now is that the first time you got a letter directly from Sergeant Hartwell?

A.   No, sir.