IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LEE HARTWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v.  ) | 2:06cv518-MHT |
| ) | |
| THE CITY OF MONTGOMERY, ) | |
| ALABAMA, and PERSONNEL ) | |
| BOARD OF THE CITY AND ) | |
| COUNTY OF MONTGOMERY, ) | |
| ALABAMA, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motions to strike (doc. nos. 18 & 19) are set for submission, without oral argument, on February 9, 2007, with all briefs due by said date.

DONE, this the 26th day of January, 2007.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE