IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LEE HARTWELL,                    )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )     2:06cv518-MHT
                                 )
THE CITY OF MONTGOMERY,          )
ALABAMA, PERSONNEL               )
BOARD OF THE CITY AND            )
COUNTY OF MONTGOMERY,            )
ALABAMA, and DISTRICT            )
CHIEF KELLY D. GORDON,           )
in his individual                )
capacity,                        )
                                 )
    Defendants.                  )
```

### ORDER

Upon consideration of defendant Personnel Board's motion to supplement the scheduling order (doc. no. 24), it is ORDERED that plaintiff Lee Hartwell show cause, if any there be, in writing by March 23, 2007, as to why said motion should not be granted.

DONE, this the 19th day of March, 2007.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE