1    Q.    Did you refuse to sign it?
2    A.    At that time no, sir. I just
3 wanted to understand it.
4    Q.    But you intended to sign it?
5    A.    Once I understand what was going
6 on, because I didn't understand it because I was
7 on vacation, I just wanted to understand what I
8 was signing. But after lieutenant explained to
9 me, I came back and I signed it.
10    Q.    So the mustard form that you are
11 calling it was given to you for not, so-called,
12 refusing to sign this appraisal form?
13    A.    Yes, sir.
14    Q.    Any other situations that lead you
15 to believe that somebody's being biased against
16 your or, I guess, Chief Gordon is being biased
17 against you?
18    A.    There is other incident, I think
19 you probably got it in writing. It's the other
20 incident that we went through, that I can't, you
21 know, put it into recollection or something like
22 that. You know I can't remember all of the
23 letters that I wrote.

1    Q.    Let me ask you this: You are
2 testifying that you believe Chief Gordon has a
3 problem with you, is that right?
4    A.    Yes, sir.
5    Q.    Do you believe that Chief Gordon
6 has a problem with you because you are black or
7 because of who you are?
8    A.    I don't think we never did brought
9 racial into this. I think we just said he was
10 biased, but we never did brought race.
11    Q.    Did either Chief Gordon or Chief
12 Walker or anybody else above you in the Fire
13 Department ever say anything to you in
14 particular that would lead you to believe that
15 they have a problem with you based on either
16 your race, sex, gender, or anything like that?
17    A.    Are you asking me for my opinion?
18    Q.    No. I'm asking if anybody has
19 ever said anything to you that made you think
20 they were prejudiced against you?
21    A.    Not that I can recollect.
22    Q.    This complaint that you have made
23 about Chief Gordon's tattoo, have you ever made