IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LEE HARTWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv518-MHT |
| | ) | |
| THE CITY OF MONTGOMERY, | ) | |
| ALABAMA, PERSONNEL | ) | |
| BOARD OF THE CITY AND | ) | |
| COUNTY OF MONTGOMERY, | ) | |
| ALABAMA, and DISTRICT | ) | |
| CHIEF KELLY D. GORDON, | ) | |
| in his individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In light of the representations of the parties at the pretrial conference on April 5, 2007, it is ORDERED that defendant Personnel Board's motion to supplement the scheduling order (doc. no. 24) is denied without prejudice. The motion may be renewed if plaintiff Lee Hartwell's federal claim survives summary judgment.

DONE, this the 9th day of April, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE