IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LEE HARTWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv518-MHT |
| | ) | |
| THE CITY OF MONTGOMERY, | ) | |
| ALABAMA, PERSONNEL | ) | |
| BOARD OF THE CITY AND | ) | |
| COUNTY OF MONTGOMERY, | ) | |
| ALABAMA, and DISTRICT | ) | |
| CHIEF KELLY D. GORDON, | ) | |
| in his individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

In light of the representations of the parties at the
pretrial conference on April 5, 2007, it is ORDERED that
the defendants' motion for leave to supplement their
motion for summary judgment (doc. no. 27) is denied as
moot.

DONE, this the 9th day of April, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE