U.S. District Court
Alabama Middle District
Calendar Events Set For 5/14/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL: 2:06cv518-MHT,
LEE HARTWELL v THE CITY OF MONTGOMERY, ALABAMA et al

---

10:00 AM

2:06-cv-00518-MHT-CSC Hartwell v. The City of Montgomery Alabama et al

James Bernard Brannan, Jr representing Lee Hartwell (Plaintiff)

Wallace Damon Mills representing The City of Montgomery Alabama and Kelly D. Gordon (Defendants)

Robert David Segall representing Personnel Board of the City and County of Montgomery, Alabama (Defendant)