# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| LEE HARTWELL, ) | Case No.: 2:06-CV-518 |
| ) | |
| Plaintiff, ) | **PLAINTIFF LEE HARTWELL'S** |
| ) | **REQUESTED *VOIRE DIRE*** |
| vs. ) | |
| ) | |
| THE CITY OF MONTGOMERY and ) | |
| THE PERSONNEL BOARD FOR THE ) | |
| CITY AND COUNTY OF ) | |
| MONTGOMERY, and KELLY ) | |
| GORDON ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW Lee Hartwell, the Plaintiff in the above styled action, by and through undersigned counsel, and requests that the following questions be asked of the jury panel prior to jury selection in the above styled case.

1. Does any member of the jury panel belong to an organization that promotes the preservation of the Confederate Battle Flag for its historical purposes, such as the sons of the Confederate Veterans?

2. Does any member of the jury panel belong to an organization that uses the Confederate Battle Flag as a symbol of the organization?

3. Has any member of the jury panel ever been disciplined by an employer for what you felt was exercising your right to freedom of speech?

4. Is there any member of the jury panel that believes that a person does not have a right to complain to his or her employer when another employee violates the employer's rules?

5.  Is there any member of the jury panel that believes that a government employer, such as a municipality, has the right to punish an employee because of a complaint the employee made about another employee?

Respectfully submitted on this the ___ day of May, 2007.

_____
J. BERNARD BRANNAN, JR. (BRA022)
Attorney for the Plaintiff Lee Hartwell

OF COUNSEL:
THE BRANNAN LAW FIRM, P.C.
Post Office Box 307
Montgomery, AL 36101
(334) 264-8118
(334) 263-7598  facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record, by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the ___ day of May, 2007:

Wallace D. Mills
Attorney for the City of Montgomery
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama 36101-1111

Robert D. Segall
Attorney for the City-County of Montgomery Personnel Department
Post Office Box 347
Montgomery, Alabama 36101-0347

_____
OF COUNSEL